JUDGE JONES

08 CV 4315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o SIDNEY FRIEDMAN

                Plaintiff,

- against -

JEFFSTAR MARINE SERVICES and JEFFSTAR, INC.

                Defendants.
------------------------------------------------------------X

2008 Civ.

FRCP RULE 7.1
DISCLOSURE STATEMENT

NOW comes plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o SIDNEY FRIEDMAN, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ. P, Rule 7.1.

ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. SIDNEY FRIEDMAN is an individual.

Dated: New York, New York
       May 7, 2008
       230-30

                                         CASEY & BARNETT, LLC
                                         Attorneys for ACE

                       By: _____
                                Gregory G. Barnett (GGB-3751)
                                317 Madison Avenue, 21st Floor
                                New York, NY 10017
                                (212) 286-0225