UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o SIDNEY FRIEDMAN

                2008 Civ. 4315 (BSJ) (AJP)

         Plaintiff,

                **RETURN OF SERVICE**

  - against -

JEFFSTAR MARINE SERVICES and JEFFSTAR, INC.

         Defendants.
------------------------------------------------------------X

    Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavits of Service executed by Brian Kleinberg declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Defendants Jeffstar Marine Services and Jeffstar, Inc. on May 15, 2008.

Dated: New York, New York
       June 10, 2008
       230-30

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

              By: _____
                      Gregory G. Barnett (GGB-3751)
                      317 Madison Avenue, 21st Floor
                      New York, New York 10017
                      (212) 286-0225

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O SIDNEY FRIEDMAN | | Index #: 08 CV 4315 |
| Plaintiff(s) | | |
| - against - | | Date Filed: |
| JEFFSTAR MARINE SERVICES AND JEFFSTAR, INC. | | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 15, 2008 at 03:55 PM at

100 JEFFERSON STREET
FREEPORT, NY11520

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on JEFFSTAR MARINE SERVICES, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CAROL SMITH, REFUSED TRUE LAST NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45 | 5'5 | 130 |
| GLASSES | | | | | |

Sworn to me on: May 16, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 560106

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O SIDNEY FRIEDMAN <br><br>　　　　　　　　　　　　　　　Plaintiff(s) <br><br>　　　　　　　- against - <br><br>JEFFSTAR MARINE SERVICES AND JEFFSTAR, INC. <br><br>　　　　　　　　　　　　　　　Defendant(s) | Index #: 08 CV 4315 <br><br> Date Filed: <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 15, 2008 at 03:55 PM at

100 JEFFERSON STREET
FREEPORT, NY 11520

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on JEFFSTAR MARINE SERVICES, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CAROL SMITH, REFUSED TRUE LAST NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45 | 5'5 | 130 |
| GLASSES | | | | | |

Sworn to me on: May 16, 2008

| Linda Forman <br> Notary Public, State of New York <br> No. 01FO5031305 <br> Qualified in New York County <br> Commission Expires August 1, 2010 | Robin M. Forman <br> Notary Public, State of New York <br> No. 01FO6125415 <br> Qualified in New York County <br> Commission Expires April 18, 2009 | Larry Yee <br> Notary Public, State of New York <br> No. 01YE5015682 <br> Qualified in New York County <br> Commission Expires July 26, 2009 | **BRIAN KLEINBERG** <br><br> Docket #: 560106 |

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O SIDNEY FRIEDMAN | Index #: 08 CV 4315 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| JEFFSTAR MARINE SERVICES AND JEFFSTAR, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 15, 2008 at 03:55 PM at

100 JEFFERSON STREET
FREEPORT, NY 11520

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on JEFFSTAR, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CAROL SMITH, REFUSED TRUE LAST NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45 | 5'5 | 130 |
| GLASSES | | | | | |

Sworn to me on: May 16, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 560107

ACE AMERICAN INSURANCE COMPANY A/S/O SIDNEY FRIEDMAN

Index #: 08 CV 4315

Plaintiff(s)

- against -

Date Filed:

JEFFSTAR MARINE SERVICES AND JEFFSTAR, INC.

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 15, 2008 at 03:55 PM at

100 JEFFERSON STREET
FREEPORT, NY11520

deponent served the within true copy of the SUMMONS & VERIFIED COMPLAINT on JEFFSTAR, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CAROL SMITH, REFUSED TRUE LAST NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45 | 5'5 | 130 |
| GLASSES | | | | | |

Sworn to me on: May 16, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 560107