UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/18/08

------------------------------------- x

ACE AMERICAN INSURANCE COMPANY
a/s/o Sidney Friedman,

        Plaintiff,

-against-

JEFFSTAR MARINE SERVICES
& JEFFSTAR, INC.,

        Defendants.

------------------------------------- x

08 Civ. 4315 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

Plaintiff is to move for default judgment by June 25, 2008 if defendants have not by then responded to the complaint or appeared.

SO ORDERED.

Dated:    New York, New York
            June 18, 2008

                                          Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Gregory G. Barnett, Esq.
                                  Judge Barbara S. Jones

C:\OPIN\