```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------- x   ELECTRONICALLY FILED
                                          DOC#
                                          DATE FILED: 6/30/08
ACE AMERICAN INSURANCE COMPANY        :
a/s/o Sidney Friedman,
                                      :   08 Civ. 4315 (BSJ) (AJP)
                Plaintiff,
                                      :   ORDER TO SHOW CAUSE
        -against-
                                      :
JEFFSTAR MARINE SERVICES
& JEFFSTAR, INC.,                     :

                Defendants.           :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

By Order dated June 18, 2008 (Dkt. No. 6) I warned plaintiff to move for a default by June 25, 2008. According to the docket sheet, no such motion has been filed. Plaintiff is to show cause by <u>July 2, 2008</u> why the case should not be dismissed (without prejudice) for failure to prosecute and/or failure to obey court orders and/or why plaintiff should not be monetarily sanctioned.

SO ORDERED.

Dated:     New York, New York
           June 30, 2008

                                          _____
                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:   Gregory G. Barnett, Esq.
                              Judge Barbara S. Jones

C:\OPIN\