**JEFFSTAR MARINE SERVICES**
**100 JEFFERSON STREET**
**FREEPORT NY 11520**
**516-377-1480**

JUNE 30, 2008

VIA U.S MAIL/ OVER NIGHT
THE CLERK OF THE COURT
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/2/08

RE: ACE AMERICAN INSURANCE V. JEFFSTAR MARINE SERVICES INC
08 CIV. 4315 (BSJ) (AJP)
THEIR FILE: 230-30

DEAR SIR/MADAM:

PLEASE REFER TO OUR LETTER DATED JUNE 20, 2008 TO CASEY & BARNETT, LLC TO THE ATTENTION OF GREGORY BARNETT REQUESTING JEFFSTAR INC BEING REMOVED FROM THIS ACTION AS THEY ARE A SEPARATE AND DISTINCT CORPORATION. WE RECEIVED A NOTICE THAT THEY WERE APPILING FOR A DEFAULT JUDGEMENT. JEFFSTAR MARINE SERVICES IS IN PROCESS OF RETAINING COUNCEL TO ADDRESS THIS MATER.

THANK YOU

JEFFSTAR MARINE SERVICES INC

C.C. Gregory Barnett / Casey & Barnett LLC

**MEMO ENDORSED** 7/2/08

*As of now, both Jeffstar entities are in default. A corporation can only appear in Court by counsel. Unless counsel for each of both Jeffstar entities appears promptly — certainly no later than 7/11/08, default judgment will be entered.*

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   July 2, 2008                              Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Jeffstar Marine Services | 516-377-1480 |
| Gregory G. Barnett, Esq. | 212-286-0261 |
|  |  |

**MEMO ENDORSED 7/2/08**

As of now, both Jeffstar entities are in default. A corporation can only appear in Court by counsel. Unless counsel for either or both Jeffstar entities appears **promptly** in this case, **i.e., no later than 7/11/08**, default judgment will be entered.

Copies:    Jeffstar Marine Services (Fax, Regular & Certified Mail)
           Judge Barbara S. Jones