```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ACE AMERICAN INSURANCE COMPANY      :
a/s/o SIDNEY FRIEDMAN,              :
                                    :
                    Plaintiff,      :    08 CV 4315 (BSJ)(AJP)
                                    :
          -v-                       :    DEFAULT JUDGMENT
                                    :
JEFFSTAR MARINE SERVICES, and       :
JEFFSTAR, INC.,                     :
                    Defendants.     :
                                    :
------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT COURT JUDGE**

Plaintiff's motion for a default judgment against Defendants Jeffstar Marine Services and Jeffstar, Inc. is granted. The matter has been referred to Magistrate Judge Peck for an inquest as to damages.

Dated:   New York, New York
         July 3, 2008

                                   _____
                                   BARBARA S. JONES
                                   United States District Judge