ACE AMERICAN INSURANCE CO.,

v.

JEFFSTAR MARINE SERVICES
and JEFFSTAR INC

-----------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4315 (BSJ)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)**

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

_X_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:      New York, New York
             7/3/08

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/08