UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ACE AMERICAN INSURANCE COMPANY
a/s/o Sidney Friedman,

                Plaintiff,

                -against-

JEFFSTAR MARINE SERVICES
& JEFFSTAR, INC.,

                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/7/08

08 Civ. 4315 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    Judge Jones has referred this matter to me for an inquest as to damages. (See Dkt. Nos. 9-10.)

    Plaintiff's inquest papers with admissible evidence as to damages are due by July 14, 2008. Defendants' opposition papers are due July 23, 2008 (and must be submitted by counsel for the corporate entities, which cannot appear pro se).

    The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

    SO ORDERED.

Dated:    New York, New York
            July 7, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies to:    Gregory G. Barnett, Esq. (Fax)
                Jeffstar Marine Services & Jeffstar, Inc. (Fax, Regular & Certified Mail)
                Judge Barbara S. Jones

C:\OPIN\