LAW OFFICE OF
# DANIEL R. OLIVIERI, P.C.
100 JERICHO QUADRANGLE, SUITE 233
JERICHO, NEW YORK 11753
TEL.: (516) 470-0704
FAX: (516) 931-8101

RECEIVED
JUL -7 2008
CHAMBERS OF
ANDREW J PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 7/7/08

**MEMO ENDORSED** 7/7/08

July 7, 2008

VIA FACSIMILE: 212-805-7933
Hon. Andrew J. Peck, USMJ
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Re: ACE American Insurance v. Jeffstar Marine Servies Inc.
08 CIV. 4315(BSJ)(AJP)

**BY FAX**

Honorable Sir:

Please be advised that the undersigned is counsel for Jeffstar Marines Services Inc. in the above mentioned matter. I am requesting an extension of time to appear and serve an answer on behalf of my client in this matter up to and including July 31, 2008 with the default being set aside and vacated. While I received a telephone call from my client on July 2, 2008, I was not retained until July 5, 2008. In addition, as of July 2, 2008 I had telephoned Mr. Barnett's office in an attempted to seek time to impose an answer on behalf of my client and again on July 7, 2008. To date I have not heard from Mr. Barnett or anyone else from his office concerning my request. When I first called Mr. Barnett's office I was informed that Mr. Barnett was out of the country but that somebody would get back to me. .

[Handwritten memo endorsement:]
1. The Court has [illegible] ordering by the [illegible] Motion to[illegible] [illegible] has filed a reply [illegible] [illegible] by [illegible] and [illegible] [illegible] [illegible] the case stayed.
2. [illegible] a [illegible] [illegible] [illegible] [illegible] [illegible] defendant [illegible] [illegible] [illegible] of the [illegible] [illegible] [illegible] default [illegible] [illegible] [illegible] Motion to [illegible] of [illegible] default [illegible] [illegible]. [illegible] Hon, the argument [illegible] [illegible] in effect.
3. The Court may [illegible] [illegible] [illegible] [illegible]!

SO ORDERED:
/s/ Hon. Andrew Jay Peck
United States Magistrate Judge

Copies [illegible] [illegible], [illegible] [illegible]

Moreover I have been informed that Jeffstar Inc. has filed a Petition in Bankruptcy on or about April 15, 2008 evidenced by a copy of the petition annexed hereto and a letter from bankruptcy counsel David Carlebach, Esq. informing Plaintiff's Counsel of the automatic stay. (A copy of said letter is also annexed hereto). I note that the Court (Judge Jones and Magistrate Judge Peck) were sent the petition and letter by overnight mail via FedEx on July 3, 2008).

On July 5, 2008 I received a copy of Magistrate Judge Peck's Order permitting the Jeffstar entities time to appear no later than July 11, 2008. Consequently I believed I had until said date at least to impose an answer in this action.

I now have just received a second Order dated July 7, 2008 from Magistrate Judge Peck directing an inquest by the submission of papers.

To further complicate matters my farther who is 85 was just admitted to Huntington Hospital on July 5, 2008 after wandering off from my parent's home (he suffers form Alzheimer's disease among other aliments), apparently fainting or falling and severely injuring himself in front of the Applebee's Restaurant in South Huntington which is requiring my attention not only for him but my mother who also is not well. Further, I will be out of the state from July 9, 2008 to July 17, 2008. Lastly my client is presently traveling out of state and will not be back till sometime at the end of the month.

I apologize for this tale of woe, but given that I am a solo practitioner, that my client thought he had nothing to do because of the bankruptcy stay, the aforementioned problems and in the interest of Justice and Judicial Economy it is respectfully requested that my client Jeffstar Marine Services Inc. be granted an extension of time to appear and answer the Complaint in this matter up to and including July 31, 2008 with the default being set aside and vacated.

Thank you for your attention and courtesy extended in this matter.

Very truly yours,

Daniel R. Olivieri
(DRO9969)

Cc. Hon Barbara S. Jones, USDJ 212-805-6191
    Gregory G. Barnett, Esq. 212-286-0261
    David Carlebach, Esq. 212-785-3041

**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
40 Exchange Place
New York, New York 10005
(212) 785-3041

Telecopier (212) 785-3618

July 3, 2008

**BY FACSIMILE TRANSMISSION
AND OVERNIGHT CARRIER**
(212) 286-0261

Gregory G. Barnett, Esq.
Casey & Barnett, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017

   Re: Jeffstar, Inc.
     Chapter 11 Case No. 08-71854-ast
     United States Bankruptcy Court, Eastern District of New York

     ACE AMERICAN INSURANCE COMPANY a/s/o SIDNEY FRIEDMAN vs. JEFFSTAR MARINE SERVICES and JEFFSTAR, INC.
     United States District Court, Southern District of New York
     Case No. 08cv4315

     **Entry of Default Judgment against Jeffstar, Inc.**

Dear Mr. Barnett:

  Please be advised that the above referenced debtor, Jeffstar, Inc. (the "Debtor"), has filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on April 15, 2008, with the United States Bankruptcy Court for the Eastern District of New York. A copy of the petition is enclosed herewith.

  Accordingly, pursuant to Section 362(a) of the Bankruptcy Code the above referenced action as well as entry of a default judgment is automatically stayed. Section 362(a) of the Bankruptcy Code provides one of the fundamental protections afforded to a debtor in a bankruptcy case. Section 362(a) is applicable to all creditors and stays, inter alia, the following:

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced against the debtor before the commencement of the . . .

Gregory G. Barnett, Esq.

> case, or to recover a claim against the debtor that arose before the commencement of the ... case;
>
> 2. the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of the ... case;
>
> 3. any act to obtain possession of property of the estate, or of property from the estate or to exercise control over property of the estate; and
>
> 4. any act to create, perfect, or enforce any lien against property of the estate.

See §362(a) of the Bankruptcy Code.

Accordingly, the above referenced action, as well as any entry of a default judgment, must immediately cease since its continued prosecution would constitute a violation of 362(a), set forth more fully above.

Any violation of the automatic stay may subject you and your client to sanctions and penalties pursuant to, inter alia, Section 362(h) of the Bankruptcy Code and Contempt of Court pursuant to Section 105(a) of the Bankruptcy Code.

Very truly yours,

David Carlebach

cc: Hon. Barbara S. Jones, United States District Judge - SDNY (via FedEx)
Hon. Andrew J. Peck, United States Magistrate Judge - SDNY (via FedEx)
Dan Olivieri, Esq. (via Facsimile)

B 1 (Official Form 1) (1/08)

## United States Bankruptcy Court
## Eastern District of New York

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Jeffstar, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): 5098 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>100 Jefferson Street<br>Freeport, New York     ZIP CODE 11520 | Street Address of Joint Debtor (No. & Street, City, and State):<br>    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Nassau | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B 1 (Official Form 1) (1/08)                                            FORM B1, Page 2

| Voluntary Petition - Amended *(This page must be completed and filed in every case)* | Name of Debtor(s): Jetstar, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). **X** Not Applicable _____ Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (1/08)                                                                                   FORM B1, Page 3

| Voluntary Petition - Amended<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Jellisear, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X /s/David Carlebach DC-7350<br>Signature of Attorney for Debtor(s)<br><br>**David Carlebach Bar No. DC-7350**<br>Printed Name of Attorney for Debtor(s) / Bar No<br><br>**Law Offices of David Carlebach**<br>Firm Name<br><br>**40 Exchange Place, Suite 1306 New York, New York 10005**<br>Address<br><br>**212-785-3041**         **212-785-3618**<br>Telephone Number<br><br>**4/15/2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X s/<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>**4/15/2008**<br>Date | |

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __July 7, 2008__                              Total Number of Pages: __8__

| TO | FAX NUMBER |
|---|---|
| Gregory G. Barnett, Esq. | 212-286-0261 |
| Daniel R. Olivieri, Esq. | 516-931-8101 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/7/08**

1. The Court having been advised for the first time that Jeffstar, Inc. has filed a Chapter 11 Petition in Bankruptcy, all proceedings against Jeffstar, Inc. are stayed.

2. Because a default has already been entered against Jeffstar Marine, defendant must make a prompt, formal motion to be relieved of the default including an affidavit that indicates a good defense to the motion. Until then, the inquest schedule remains in effect.

3. The Court suggests the parties discuss settlement!

Copy to:   Judge Barbara S. Jones