UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ACE AMERICAN INSURANCE COMPANY
a/s/o SIDNEY FRIEDMAN                                    2008 Civ. 4315 (BSJ) (AJP)

                          Plaintiff,

                                                        **NOTICE OF PLAINTIFF'S**
            - against -                                 **SUBMISSION OF**
                                                        **EVIDENCE IN SUPPORT**
JEFFSTAR MARINE SERVICES and JEFFSTAR,                  **OF INQUEST FOR**
INC.                                                    **DAMAGES**

                          Defendants.
-------------------------------------------------------------X

        Pursuant to the Court's Order dated July 7, 2008, Plaintiff, Ace American Insurance

Company, submits its evidence of damages in support of the Inquest Hearing for the above

captioned civil action. Plaintiff attaches the Affidavit of Judy Goebel in Support of Inquest for

Damages with exhibits attached hereto. Plaintiff requests judgment in the amount of $52,223.47,

as shown by the annexed exhibits, which is justly due and owing, no part of which has been paid,

although duly demanded.

Dated: New York, New York
       July 14, 2008
       230-30


                                CASEY & BARNETT, LLC
                                Attorneys for ACE


                        By:     _____
                                Gregory G. Barnett (GGB-3751)
                                317 Madison Avenue, 21st Floor
                                New York, NY 10017
                                (212) 286-0225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ACE AMERICAN INSURANCE COMPANY
a/s/o SIDNEY FRIEDMAN                                    2008 Civ. 3415 (BSJ) (AJP)

                    Plaintiff,

                                              **AFFIDAVIT OF JUDY**
          - against -                         **GOEBEL IN SUPPORT OF**
                                              **INQUEST FOR DAMAGES**
JEFFSTAR MARINE SERVICES and JEFFSTAR,
INC.

                    Defendants.

---------------------------------------------------------------X

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NASSAU      )


          JUDY GOEBEL, being duly sworn, deposes and says:

1.      I am a recovery specialist for Recovery Services International, Inc. who is handling the

recovery of this subrogated claim for Ace American Insurance Company. As such, I am familiar

with the facts and circumstances in the above titled action.

2.      I make this affidavit pursuant to United States Magistrate Judge Andrew Peck's Order

for Plaintiff's to provide evidence of damages sustained in this action.

3.      This is an action to recover damages sustained to Mr. Sidney Friedman's vessel as a

result of improper winterization and improper engine repair.

4.      Exhibit 1 is a survey report by David Young. Mr. Young indicates that the costs of

repairs of $50,339.48 were fair and reasonable. The itemized repair orders and invoices are also

attached.

5.      Exhibit 2 is the invoice of $1,524.89 paid for the services of Mr. Young.

6.    Exhibit 3 represents the Ace itemization of the loss. After depreciation of parts, Ace agreed on a covered loss of $46,065.45 with a deductible f $5,500.

7.    Exhibit 4 represents the payment details of Ace Insurance Company. Ace issued payment to Mr. Friedman of $40,565.45 and $1,524.89 for a total of $42,090.34.

8.    Exhibit 5 represents page 10 of the Ace Insurance Policy with the assured. Under "Our Right to Recover" Ace has the right to pursue this claim in subrogation and to pursue the deductible on behalf of the assured.

9.    The total amount Ace claims is owed by defendants is $47,590.34 plus interest and costs.

10.    The claim occurred in July 2007. Ace requests interest at 9% or $4,283.13.

11.    Ace also requests costs incurred of the filing fee of $350.00 and the cost of service.

12.    Ace Insurance requests Final Judgment be made in the amount of $52,223.47.

**WHEREFORE**, Plaintiff requests judgment in the sum amount of $52,223.47, as shown by the annexed Exhibits, which is justly due and owing, and no part of which has been paid , although duly demanded.

Dated : 7/14/08

_Judith Goebel_
Judith Goebel

Sworn to me before this 14th
Day of July , 2008
_Linda M. Weiss_

LINDA M.WEISS
Notary Public, State of New York
No. 4971661
Qualified in Nassau County
Commission Expires September 10, 2010

# Exhibit 1

Dolan & Young Marine, Inc.
**David G. Young**
Marine Surveyor
P.O. Box 568
Jamesport, NY 11947
Tel No. (631) 722-3160  Fax No. (631) 722-5760

| | | | |
|---|---|---|---|
| **SURVEY FOR:** | ACE Rec Marine Claims<br>P.O. Box 5468<br>Concord, NC 28027 | **ATTN:**<br>**PHONE NUMBER:**<br>**FAX NUMBER:** | Mike Burns<br>866-379-4991<br>866-379-4861 |
| **INSURED:** | Sidney Friedman<br>4217 Austin Boulevard<br>Island Park, NY 11558 | **BUSINESS NO:**<br>**CELL NO:** | 516-889-5800<br>516-817-4407 |

| | | | |
|---|---|---|---|
| **DATE OF LOSS:** | 7-13-07 | **POLICY NO:** | YKR Y07404967 |
| **DATE SURVEYOR NOTIFIED:** | 8-31-07 | **CLAIM NO:** | 796 S 171402-0 |
| **DATE REPORT COMPLETED:** | 11-28-07 | | |
| **DATE OF INSPECTIONS:** | 9-7-07 | | |
| **LOCATION OF LOSS:** | 100 Jefferson Street, Freeport, NY 11520 | | |

**NATURE OF LOSS AS REPORTED BY INSURED:**     See insured's letter of 8-28-07

**NATURE OF LOSS AS FOUND:**     Starboard engine suffered severe overheat causing catastrophic damage to engine after marina damaged starboard engine by improper winterization and improper repairs

| | | | |
|---|---|---|---|
| **YEAR:** | 1993 | **MANUFACTURER:** | Ricker |
| **TYPE:** | 48' Convertible sport fish | **CONSTRUCTION:** | FRP |
| **HULL ID NO.:** | RIX48011A393 | **HP:** | 2- ~ 550 each (1,100) |
| **LENGTH:** | 51'10" OA | **FUEL:** | Diesel |
| **POWER:** | Inboard | **BEAM:** | 16'2" |
| **DRAFT:** | 4'3" | **WEIGHT:** | 39,000# |
| **DOC NO./ REG. NO.** | Not Found | **NAME:** | "Relentless" |
| **ENGINE SERIAL NO:** | (PORT) Not recorded | (STARBOARD) | 6VF197894 |
| **ENGINE MODEL NO:** | Series- DDA 692TI (Not Recorded) | (STARBOARD) | DDA 692 TI -8062 7403 |
| **ENGINE HOURS:** | (PORT) 1458 on gauge | (STARBOARD) | 1464 on gauge |
| **GENERATOR:** | Northern Lights 1896.5 Hrs | | |

| | |
|---|---|
| **VESSEL'S PRESENT LOCATION:** | Lawrence Yacht Club, Lawrence, NY |
| **VESSEL'S REPAIR LOCATION:** | At dock by Atlantic Detroit Diesel Allison, 3025 Veterans Memorial Highway, Ronkonkoma, NY 11779 |
| **CONTACT:** | Pete Padovana     **PHONE NUMBER:**   631-981-5800 |

**ASSUMED DESCRIPTION OF CONDITION BEFORE LOSS:**  Good to fair
**APPROXIMATE ACTUAL CASH VALUE:**          No book values found – For Sale Listings Range 179,000 to 250,000

**RE: Friedman**                                              **REPORT - Page 1 of 9**
**CLAIM NO.: 796 S 171402-0**


### SCOPE OF SURVEY:

At the request of Mike Burns of ACE Rec. Marine Claims, the undersigned surveyed the vessel described on the cover sheet of this report. The purpose of this survey was to determine the cause, nature and extent of damages.

Inspection of the vessel was conducted while it was afloat at the Lawrence Yacht Club. I was permitted access to the vessel by Mr. Dean Friedman who remained in attendance throughout the damage inspection. At the time of the inspection the repairs to the claimed damages had been completed. However Mr. Friedman had retained the majority of the parts that had been affected by the claimed loss incident. These were located at his home where the undersigned traveled for the purpose of inspection and retention on the date of the inspection.

Identification was made to the vessel. The hull ID numbers were recorded and appear on the cover sheet of this report. They agree with the hull ID numbers recorded on the policy's declarations page provided with the damage survey assignment. (See digital photos 1 through 4)


### FOUND ON INSPECTION:

Inspection of the vessel focused primarily on the claimed damages relating to the recent claimed loss, its cause and extent. No other damages relating to the claimed loss, other than those mentioned below, were found on inspection or investigation.


### FOUND:

1) Upon receiving the damage survey assignment the undersigned contacted Mr. Dean Friedman (the insured's son acting as his representative) via telephone on 9-5-07 and questioned him about the circumstances of the claimed loss incident. He reiterated the circumstances of his claim as written in the Mr. Sydney Friedman letter of 8-28-07 that was provided by you with the damage survey

**RE: Friedman**                                        **REPORT - Page 2 of 9**
**CLAIM NO.: 796 S 171402-0**

assignment. He told me he had retained the services of Mr. Donald Rave (attorney) for the purpose of recovering any losses his father has suffered pertaining to the claimed loss on the vessel. I made arrangements with him to meet on 9-7-07 to inspect the vessel, the removed parts and collect the necessary documents relating to his claim.

2) On 9-7-07 the undersigned initially met with Mr. Dean Friedman at his place of business OP Sales, 4217 Austin Boulevard, Island Park, NY. At this time he signed an authorization for testing. A copy of this authorization is also attached to this report. Mr. Friedman also provided the undersigned with a photo disc of photos he had taken of the damages to the vessel and a folder containing the following documents:

- 6 Pages Atlantic DDA repair order customer summary
- 6 Pages Atlantic DDA Invoice
- 5 Pages Sydney Friedman letter 8-28-07
- 1 Page Island Canvas Invoice dated 7-07
- 2 Pages Jeffstar Marine Services estimate 1-5-07 #2085
- 1 Page paid receipt for $576.00 and $4,000.00
- 1 Page Jeffstar Marine Services estimate 1-16-07 #2073
- 1 Page Ricker telephone numbers
- 5 Pages Jeffstar Marine Services estimate 1-16-07 #2073
- 2 Pages Jeffstar Marine Services estimate 1-5-07 #2085
- 1 Page Diesel Marine Service Invoice #3327
- 1 Page copy of check #1068 to Atlantic DDA dated 7-23-07
- 1 Page P C Industries invoice 31 July 2007
- 1 Page Certified Mail receipt 7-30-07
- 1 Page copy of check #1071 to Atlantic DDA
- 1 Page hand written "Dean" dated 7-14-07
- 1 Page Atlantic DDA RO # 108181

**RE: Friedman**                                    **REPORT - Page 3 of 9**
**CLAIM NO.: 796 S 171402-0**

- 2 Pages Atlantic DDA credit card authorization
- 2 Pages Appliance Doctor invoice #13177 & 13072
- 1 Page 14 Item list
- 1 Page Jeffstar estimate # 2143
- 1 Page Jeffstar invoice # 2024
- 1 Page Jeffstar estimate #2068
- 1 Page letter to Jeffstar Dean Friedman
- 1 Page certified mail receipt 7-24-07
- 1 page letter to Dominic Ialici 7-16-07
- 1 Page certified mail receipt 7-16-07
- 1 Page Delaware Turnpike toll receipts
- 1 Page Maryland Transportation toll receipts
- 1 Page New Jersey Turnpike toll receipts
- 8 Pages Photos

Copies of these documents were forwarded to you via US mail.

After reviewing the documents I questioned Mr. Friedman as to why he chose Atlantic Detroit Diesel to perform the repairs. He told me he chose Atlantic because he knew they were a DDA factory dealership and repairer and could guarantee their repairs.

3) On 9-7-07 the undersigned then traveled to Mr. Dean Friedman's home at 61 Ulster Avenue, Atlantic Beach, NY 11509 for the purpose of examining the damaged parts removed from the damaged starboard engine of the vessel.

4) Mr. Friedman had retained the exhaust manifolds, cylinder heads, exhaust cross over pipe, cylinder liners, inter cooler, and pistons. Inspection of the exhaust manifolds found both the port and starboard manifolds cracked through the cast iron closed cooling side outward toward the exterior outer edges. The crack ran nearly along the entire edge of the manifolds lower corner edges. The cracking

**RE: Friedman**                                          **REPORT - Page 4 of 9**
**CLAIM NO.: 796 S 171402-0**

on both manifolds appeared typical as cracking caused by internal liquid freeze damage. (See digital photos 5 through 8)

5) Inspection of the cast iron exhaust manifold cross over pipe found it cracked through the closed cooling side outward toward the exterior edges in the area of the center of the pipe perpendicular to the length of the pipe. This crack also appeared to be caused by the expansion of frozen liquid in the closed cooling jacketed side of the pipe. (See digital photos 9 and 10)

6) Inspection of the inter cooler found its normally rectangular shape distorted and bent outward. This inter cooler when in service is normally filled with liquid from the closed coolant system of the engine. The swollen distorted profile of the inter cooler indicates to the undersigned consistency with the findings of damage to the exhaust manifolds. The damage to the inter cooler was also caused as a result of frozen liquid expanding in the closed cooling side. (See digital photo 11)

7) Inspection of the cylinder liners and pistons found the interior surfaces of the liners and the exterior wear surfaces of the pistons scored and galled. This finding is typical of damage caused as a result of overheating. (See digital photos 12 through 16)

8) Inspection of the cylinder heads found cracks through the cast iron castings in the area of the combustion chambers between the valves in both the port and starboard heads. This finding is typical of damage as caused by overheating. (See digital photos 17 through 21)

9) The undersigned initiated a chain of custody and retained 2 cylinder liners, 2 pistons and the inter cooler. A copy of this chain is also attached to this report. The undersigned advised Mr. Friedman to retain the remaining parts that were examined by the undersigned until further notice.

10) After examining the removed parts the undersigned traveled to the Lawrence Yacht Club and inspected the vessel on 9-7-07.

**RE: Friedman**                                    **REPORT - Page 5 of 9**
**CLAIM NO.: 796 S 171402-0**

11) Inspection of the vessel found it to be in overall good to fair condition. Inspection found the starboard engine had been recently painted as typical with the parts shown to the undersigned as replaced. Inspection of the starboard engine's closed cooling heat exchanger tank mounted on the front of the engine found a weld repair on the front of the cast aluminum tank running the entire width of the tank at its bottom face surface and upward on its inboard face surface about 10". Mr. Friedman told the undersigned that Jeffstar Marine Services had performed the weld repair prior to returning the vessel to him. This operation is described in the Jeffstar Marine Services estimate #2073 dated 1-16-07 and no charges were made. (See digital photos 22 and 23)

12) No external cracks were found on the starboard engine at the time of the damage survey inspection. Both engines started and idled at the dock without any abnormal indications. (See digital photo 24)

13) On 9-11-07 the undersigned received a call from Don Rave via voice mail to please return the call.

14) On 9-12-07 the undersigned spoke with you via telephone concerning the seemingly high labor charges billed to the insured by Atlantic DDA.

15) On 9-14-07 the undersigned contacted Mr. Don Rave via telephone. I told him my opinion as to the cause of the damages to the insured's vessel. I advised him that at the moment it was my opinion the labor charged by Atlantic was higher than would normally be expected for a repair of this nature. I told him I needed more time to thoroughly examine the invoices and seek outside opinions to the fairness of the invoicing.

16) On 9-17-07 the undersigned contacted Bayside Diesel (a non DDA authorized engine rebuilder with experience in repairing similar engines) via telephone and spoke with George and questioned him as to the amount of labor hours it generally requires to perform a rebuild to a GM 692 series engine. He told me normally the rebuild requires approximately 80 to 100 hours.

RE: Friedman                                                     REPORT - Page 6 of 9
CLAIM NO.: 796 S 171402-0

17) On 9-18-07 the undersigned contacted Phil at East End Diesel (a non authorized
    DDA rebuilder with experience in rebuilding similar engines) via telephone and
    questioned him as to how many hours it should require to rebuild a GM 692
    series engine. He told me he generally performs the task between 90 and 120
    hours.

18) On 10-3-07 the undersigned received via fax copies of a letter to you and Pete
    Padovana and the complaint filed by Mr. Rave for Mr. Friedman. You were also
    sent these documents.

19) On 10-9-07 the undersigned met with Pete Padovana, the service manager and
    Sean, the service technician that performed the physical engine repairs on the
    insured's vessel at Atlantic DDA. At the meeting we mutually reviewed the
    time sheets for the repairs to the starboard engine in the insured's vessel. Pete
    explained to the undersigned that the shops normal charge for straight time is
    $132.00 per hour. Overtime charged hours are any hours worked prior to 7:00
    AM or after 3:00 PM. The hourly overtime rates are billed at $198.00 per hour.
    He explained they are a union shop therefore time is charged for the technicians
    from when they leave the shop until they return and / or cease working on that
    particular job ticket. This particular job required two technicians the majority of
    the repair due to the size and weight of the parts and engine arrangement in the
    vessel.

    We reviewed the time tickets and found that the invoice billing for the
    starboard engine was 178 hours in straight time and 39.5 hours in overtime
    totaling 217.5 hours. Of the 217.5 hours there were approximately 84 hours in
    travel time leaving 133.5 hours for the actual repairs. In that time he explained
    was labor for cautionary labor such as checking the block for leaks and cracks
    due to the findings that the engine had frozen at some point in time prior to
    suffering a severe overheat due to lack of coolant. Sean estimated this time to be
    approximately 20 hours additional as would be to a normal rebuild. Also

RE: Friedman                                    REPORT - Page 7 of 9
CLAIM NO.: 796 S 171402-0

complications arose causing added labor time because the wrong turbo or manifolds had been sent to the insured by another unrelated vendor as they were unavailable through Atlantic DDA. Pete provided the undersigned with copies of the time sheets for the repairs to the starboard engine. Copies of these time sheets are also attached to this report.

At the time of the meeting the undersigned questioned Pete and Sean on the expected service life of the 692 engine. They told me an "average" (depending on the extent of regular maintenance) service life of that model from their experience is approximately 2,500 hours. Therefore the starboard engine in the vessel prior to the claimed loss incident was at approximately 58% of its approximate service life.

## CAUSE OF DAMAGES:

It is the undersigned's opinion that the damages as found to the starboard engine were caused as a result of improper winterization by Jeffstar Marine Services. During the winter freeze period the closed cooling side of the starboard engine froze because the closed cooling side of the engine had not been protected to freezing temperatures by using the correct coolant mixture, causing cracks in the exhaust manifolds, cross over pipe, inter cooler, heat exchanger tank and other unspecified engine components. Jeffstar Marine Services attempted an improper repair to the engine and heat exchanger by welding the heat exchanger. Jeffstar Marine Services released the vessel to the insured with cracks present in the exhaust manifolds that were causing coolant to be lost from the closed side of the system while in service. The insured unknowing of the coolant leaks ran the vessel under load causing the starboard engine to overheat in turn causing catastrophic damage to the cylinder liners and pistons.

## EXTENT OF DAMAGES:

It is the undersigned's opinion that the invoice from Atlantic DDA for the repairs to the starboard engine totaling $49,629.47 is higher than would normally be

**RE: Friedman**                                    **REPORT - Page 8 of 9**
**CLAIM NO.: 796 S 171402-0**

expected but fair and reasonable in accordance with industry standards due to the

information as found in found #2 and #19. Please note that additional expenses for parts

incurred by the insured are as follows:

| | | |
|---|---|---|
| PC Industries  (turbo) | 1,425.00 | |
| Diesel Marine Services (manifolds) | 1,260.00 | |
| Atlantic DDA | ~~49,629.47~~ 47654.48 | |
| Total: | ~~52,314.47~~ 50 339.48 | |

Please adjust as per your policy.


Submitted Without Prejudice,


David G. Young AMS



This survey has been prepared and submitted in good faith. It is a description of the
condition as then found. The surveyor assumes no responsibility for any defects and
shall be held harmless for any condition arising. This survey does not guarantee either
expressed or implied the condition of the above-surveyed vessel.

Enclosures:

| | |
|---|---|
| Photo Description | 24 Digital Photos |
| Authorization for Testing | 1 Page |
| Chain of Custody | 1 Page |
| Atlantic DDA Time Sheets | 12 Pages |
| Dolan & Young Invoice | 1 Page |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 1 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Stern profile of vessel |



| Picture Number 2 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Starboard side profile of vessel |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 3 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Port side profile of vessel |



| Picture Number 4 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Hull ID number |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 5 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| #1 Exhaust manifold |



| Picture Number 6 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Crack through #1 exhaust manifold casting |

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 7 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| #2 Exhaust manifold |



| Picture Number 8 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Crack through #2 exhaust manifold casting |

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 9 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Exhaust cross over manifold pipe |



| Picture Number 10 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Crack through casting in cross over pipe |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 11 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Intercooler |



| Picture Number 12 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Cylinder liners |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 13 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Overheat scoring on liner interior wall |



| Picture Number 14 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Piston - scored |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 15 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Galling on piston as result of overheat |



| Picture Number 16 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Galled piston |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 17 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| #1 Cylinder head |



| Picture Number 18 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Crack between valves #1 head |

Dolan & Young Marine, Inc.

| **Insured:** Sidney Friedman | **Claim Number:** 796 S 171402-0 |
|---|---|
| **Claimant:** | **Policy Number:** YKR Y07404967 |



| Picture Number 19 |
|---|
| By:  Dave Young |
| **LOCATION AND VIEW** |
| Crack between valve #1 head |



| Picture Number 20 |
|---|
| By:  Dave Young |
| **LOCATION AND VIEW** |
| #2 cylinder head |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 21 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Crack between valve #2 cylinder head |



| Picture Number 22 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Rebuilt starboard engine |

Dolan & Young Marine, Inc.

| Insured: Sidney Friedman | Claim Number: 796 S 171402-0 |
|---|---|
| Claimant: | Policy Number: YKR Y07404967 |



| Picture Number 23 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Welded starboard engine heat exchanger tank |



| Picture Number 24 |
|---|
| By: Dave Young |
| **LOCATION AND VIEW** |
| Inboard exhaust manifold port engine |

08/17/2007 15.12 FAX                                                             006/006

```
DATE:    8/17/07                    OE0219                                        PAGE    6  6
TIME:   14:43:25

                         *****************************************
                         *                                       *
                         *       REPAIR ORDER CUSTOMER SUMMARY    *
                         *                                       *
                         *****************************************

SERVICE ****** /3   2  9N
SOLD TO: 37235                          SHIP TO:                    REPAIR ORDER#: R1081012
```

| PC | --ITEM NUMBER-- | DESCRIPTION | GROUP | BIN|LOC | QTY ORD | QTY SHP | QTY B/O | UNIT PRICE | EXTENDED PRICE |
|----|-----------------|-------------|-------|---------|---------|---------|---------|------------|----------------|
| 17 | C5227125 | INJ ASM MUI | *CORE* | 000000 | 2- | 2- | | N/C | N/C |
| 17 | C5227125 | INJ ASM MUI | *CORE* | 000000 | 4- | 4- | | N/C | N/C |
| 17 | C235042T0AM | INVCORVALUE | | 000000 | 2- | 2- | | N/C | N/C |
| 23 | 26832 | SPRAY-NINE | | | 3 | 3 | | 12.14 | 36.42 |
| 23 | PLA-T18 | GRAY PRIMER | | BCAGE | 1 | 1 | | 13.34 | 13.34 |
| 23 | 05102 | ELECTRONIC CLEANER | | C018 | 1 | 1 | | 6.63 | 6.63 |
| 23 | 24117-01 | RELAY PIG3810 | | 0404R | 2 | 2 | | 44.18 | 88.36 |
| 32 | P550540 | FUEL CART | | 5048 | 1 | 1 | | 7.79 | 7.79 |
| 32 | 23530408 | FILTER | 000000 | 0330 | 2 | 2 | | 20.16 | 40.32 |
| 62 | 24222 | HOSE 1 3/8 | 042250 | 0350 | 2 | 2 | | 13.00 | 13.00 |
| 8H | | MISCELLANEOUS PARTS | 000000 | 5005 | 1 | 1 | | 4.00 | 4.00 |
| | BRIDGE TOLLS PCV 06357 | | | | | | | | |
| 99 | 0325 | MILEAGE / TOLLS | | | 1 | 1 | | 2000.00 | 2000.00 |
| 99 | 0405 | MISC SUPPLY CHARGES | | | 1 | 1 | | 700.00 | 700.00 |
| 91 | | DDC FIELD LABOR | | | 1 | 1 | | 29650.22 | 29650.22 |

```
                              ---- SELL ----
PARTS...............          11,516.42                      TOTAL WEIGHT...    484.200
LABOR...............          29,650.22
OTHER...............           2,704.00
SUB-TOTAL...........          43,870.64

SHIPPING COST.......               .00
SALES TAX...........           3,783.84                      TAXABLE AMT....   43,870.64
WARRANTY CREDIT.....               .00
NET OF TICKET.......          47,654.48

START DATE  7/20/07    LAST ACTIVITY  7/20/07    LAST LABOR  8/15/07
```

Handwritten notes:

DD   { Labor subject to tax in Ogp.   Labor = 11.0% X 29% = 3,217.84
          TAX in Ogp.    Parts = 3217.84 X 8.625% = 277.54
          manifold = 2685 X 29% = 778.65
8.625 }

08/17/2007 15:11 FAX
☒001/008

```
DATE:   8/17/07        OE0219        ********************************        REPAIR ORDER#: R1081812
TIME:  14:43:25                      *    REPAIR ORDER CUSTOMER SUMMARY   *
                                     ********************************                        PAGE   1

                                                                                          REPAIR ORDER#: R1081812

ISLAND PARK          NY 11558

SERVICE                              SHIP TO:
****** /3    2  9N                   *SAME
SOLD TO:  37235
FRIEDMAN, SIDNEY
4217 AUSTIN BLVD

CUSTOMER DATA:
CONTACT NAME DEAN FRIEDMAN                    PHONE#  (516)-889-5800   UNIT# SUN CLIPPE    REQUESTED

UNIT DATA: *--PRIMARY---*   *--SECONDARY--*       MILES/HOURS   1418
SERIAL#   06VF197894                             0 PPM          EQUIP            RICKER
MODEL# 8062740J             COOLANT NITRITE LEVEL               EQUIP SERIAL#  RIX48011A393
IN SERV DATE                COOLANT FREEZE POINT   DEG F         EQUIP MODEL#
OPERATING ZIP    11558      CUSTOMER UNIT#   SUN CLIPPE          CUST AUTH
APPL CODE                   TYPE OF SERVICE: B-MARINE                     WARR. CLAIM#

QUOTE DATA:                                                        REPLACEMENT S/N:
$PARTS         .00   $LABOR        .00   $OTHER       .00   $TOTAL        .00
G/L ACCOUNTS  PERCENTS:      0             0            0               0

CREDIT INFO:                  BILLING DISTRIBUTION:
CHARGE _____ COD       AFA:  LABOR _____   PARTS _____   MILEAGE _____
CUS. PO# _____          CUST:  LABOR _____   PARTS _____   MILEAGE _____
CREDIT AUTH _____  INT:   LABOR _____   PARTS _____   MILEAGE _____

COMPLAINT:
TWO CRACKED HEAT EXCHANGERS
CAUSE:  INADEQUATE FREEZE PROTECTION IN
THE FRESH WATER COOLING SYSTEM -
CRACKED EXHAUST MANIFOLDS - CRACKED
CROSSOVER PIPE - EXPANDED AFTERCOOLER
FROM FREEZING LIQUID.
CORRECTION:
7/23/07, TRAVEL TO JOBSITE. CHECK OVER
UNIT. ENGINE DOES NOT HOLD WATER.
SUSPECT BENT CONNECTING RODS. ALSO BOTH
EXHAUST MANIFOLDS CRACKED. CONDITION OF
```

08/17/2007 15 11 FAX

@ 002/006

```
DATE:    8/17/07                          OE0219
TIME:   14:43:25
```

****** /3  2   9N
SOLD TO:  37235        -

                    * CONTINUED *           SHIP TO:

```
********************************************
*    REPAIR ORDER CUSTOMER SUMMARY         *
********************************************
```

PAGE  2

REPAIR ORDER#: R1081812

CROSSOVER PIPE AND TURBINE HOUSING
UNKNOWN. ENGINE WAS OPERATED WITHOUT
COOLANT. CYLINDER HEADS OVERHEATED
(OVERHEAT PLUGS MELTED OUT). MOVE
EXHAUST MANIFOLD OUT OF ENGINE ROOM.
REMOVED LEFT BANK AIR BOX COVERS AND
INSPECTED CYLINDER KITS. #2L HAD
COOLANT IN IT. BAR ENGINE OVER AND
CHECKED FOR BENT RODS ON LEFT BANK ONLY
  - RODS LOOK OK. KITS ARE TIRED.
CYLINDER HEADS GOT HOT. ENGINE WAS RAN
WITHOUT COOLANT. PUMP OUT WATER AND
EMULSIFIED OIL. PUMP OUT BILGE UNDER
ENGINE.
7/25/07, TRAVEL TO JOBSITE. PULL LEFT
BANK CYLINDER HEAD - CRACKED. SUSPECT
CRACK IN EXHAUST CROSSOVER PIPE. REMOVE
RIGHT BANK EXHAUST MANIFOLD AND SWEEP.
MOVE CANISTERS TO TRUCK. DISASSEMBLE
RIGHT BANK HEAD DETAILS.
7/26/07, TRAVEL TO JOBSITE. REMOVE
RIGHT BANK CYLINDER HEAD.
REMOVE/DISASSEMBLE AIR SEP, EXHAUST
RISER, EXHAUST SWEEP, AND EXHAUST
CROSSOVER PIPE. REMOVE OIL FILTER HEAD
AND LINES. REMOVE OIL PAN AND SUCTION
TUBE. REMOVE CYLINDER KITS. MOVE AIR
PARTS TO TRUCK.
7/27/07, TRAVEL TO JOBSITE. REMOVE 3&4
REAR MAIN CAPS. CRANKSHAFT LOOKS OK.
BEARINGS HAVE SLIGHT DAMAGE FROM WATER
IN OIL. WIRE WHEEL BLOCK. CLEAN BLOCK
AND AIR BOX WITH PUROLENE. SCRAPE SOME
GASKETS. CLEAN OUT BILGE.
7/30/07, TRAVEL TO JOBSITE. BREAK DOWN.
```

08/17/2007 15:12 FAX                                                                    @003/008

DATE:    8/17/07                    OE0219                      REPAIR ORDER CUSTOMER SUMMARY
TIME:    14:43:25

                                                               *****************************************
                                                               *                                       *
SERVICE                                                        *    REPAIR ORDER CUSTOMER SUMMARY      *
******/3   2   9N                                              *                                       *
SOLD TO:   37235                                              *****************************************

                    * CONTINUED *            SHIP TO:

CLEAN, AND INSPECT PARTS. LEAVE CRACKED
CASTING - PACK UP FOR CUSTOMER TO HAVE.
SET UP BLOCK PRESSURE TESTING GEAR.
8/2/07, TRAVEL TO JOBSITE. COMPLETE
PRESSURE TEST ASSEMBLY. LINERS DO NOT
HOLD WATER AT DECK COUNTERBORES. HAD TO
DRAIN AND REMOVE TEST GEAR AND OLD
LINERS AND USE NEW LINERS AND
REASSEMBLE TEST EQUIPMENT. PRESSURE
TEST 10 PSI. CHECK FOR ANY LEAKS AT
BLOCK FREEZE OUT PLUGS.
8/3/07, TRAVEL TO JOBSITE. RELIEVE
INSERTS AND CHECK LINER HEIGHTS - OK.
PRESSURE. DRAIN ALL WATER. REMOVE
PRESSURE TESTING FIXTURES. REMOVE
LINERS AND CLEAN UP SEALING AREAS ON
BLOCK. REINSTALL LINERS WITH NEW
INSERTS AND CHECK LINER HEIGHTS - OK.
REMOVE LINERS AGAIN AND LOAD PISTONS
AND INSTALL CYLINDER KITS.
8/7/07, TRAVEL TO JOBSITE. INSTALL OIL
VALVES, SUCTION TUBE, AND OIL. CLEAN
DEBRIS OUT OF COOLING SYSTEM DRAINS.
INSTALL CYLINDER HEADS, INJECTORS AND
SOME HEAD DETAILS.
8/8/07, TRAVEL TO JOBSITE. TUNE UP AND
SET RACKS, FUEL LINES, THERMOSTATS,
EXHAUST CROSSOVER, AND TURBINE HOUSING
AND RISER. REMOVE OIL LINES AND HEAD
AIR BOX COVERS AND OTHER DETAILS.
8/13/07, TRAVEL TO JOBSITE. CONTINUE
ASSEMBLY OF TURBO PIPES AND HOSES.
REPLACE BOTH BROKEN SOLENOIDS (STOP AND
SHUT DOWN). PICK UP USED MANIFOLDS AND
INSTALL. MANIFOLD ARE OLD STYLE WITH

REPAIR ORDER#: R1081812

PAGE    3

P.   3

08/17/2007 15 12 FAX                                                          004/008

DATE:   8/17/07                OE0219                                              PAGE   4
TIME:  14:43:25

```
************************************************
*          REPAIR ORDER CUSTOMER SUMMARY       *
************************************************
```

SERVICE ******* /3  2  9N
SOLD TO: 37235          * CONTINUED *          SHIP TO:                REPAIR ORDER#: R1081812

SMALLER DIAMETER WATER PORTS - ADVISE.
PAINT ENGINE.
8/14/07, TRAVEL TO JOBSITE. COMPLETE
ALL ASSEMBLY. FILL WITH STRAIGHT WATER
AND PRESSURE TEST - OK. CAP NECK ON
EXPANSION TANK IS DAMAGED. ODER NECK.
CHANGE FUEL FILTERS. PRIME AND PRESSURE
TEST FUEL SYSTEM. ADD OIL AND FILTERS.
TEST RUN. DRAIN AND FLUSH COOLING
SYSTEM. REFILL WITH NEW 50/50 POWER
COOL. INSTALL MECHANICAL GAUGE. BOAT
GAUGES READ LOW. RUN AT DOCK. HIT MOST
FINAL DETAILS.
8/15/07, TRAVEL TO JOBSITE. REPLACE
FILLER NECK. ADD 4 GALLONS OF COOLANT
TO PORT UNIT. PREP AND SEA TRIAL BOAT.
HAD A SIEZED INJECTOR AT END OF TRIAL.
RETURN TO DOCK. PULLED COVERS. #3L
INJECTOR SIEZED. ORDER INJECTOR ON
RO#110419/AFA.
**NOTE: HEAT EXCHANGER END PLATE HAD
BEEN REPAIRED (WELDED) PRIOR TO OUR
REPAIR**
**NOTE: CUSTOMER SUPPLIED EXHAUST
MANIFOLDS AND TURBO CHARGER**

| PC | -- ITEM NUMBER -- DESCRIPTION | GROUP | BIN LOC | QTY ORD | QTY SHP | QTY B/O | UNIT PRICE | EXTENDED PRICE |
|----|-------------------------------|--------|---------|---------|---------|---------|------------|----------------|
| 01 | 05118060 FILLER NECK          | 055120 | 4019    | 1       |         |         | 6.99       | 6.99           |
| 01 | 08929666 PAINTSP60BLAI        | 128001 | 4035    | 2       | 2       |         | 11.84      | 23.68          |
| 01 | 2020PM-OR ELEMNT S1000        | 000000 | 5002    | 1       | 1       |         | 12.20      | 12.20          |
| 01 | 23501147 GASKET               | 062105 | 5038    | 1       | 1       |         | 4.21       | 4.21           |
| 01 | 05117269 GASKET *             | 041730 | 5043    | 2       | 2       |         | 1.54       | 3.08           |

08/17/2007 15 12 FAX                                                                @ 005/006

```
DATE:  8/17/07                    OE00219                                          PAGE   5
TIME:  14:43:25
                          ************************************
                          *     REPAIR ORDER CUSTOMER SUMMARY  *
                          ************************************          REPAIR ORDER#: R1081812

SERVICE ****** /3
SOLD TO:  37235    2   9N

                                              SHIP TO:
```

| PC | ITEM NUMBER | DESCRIPTION | GROUP | BINLOC | QTY ORD | QTY SHP | QTY B/O | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 23517076 | GASKET | 035307 | 5043 | 1 | 1 | | 43.64 | 43.64 |
| 04 | R23504270AM | CYL HEAD 6V9 | 012004 | 0260 | 2 | 2 | | 2277.35 | 4554.70 |
| 04 | R5227125 | INJ 7125P | 021001 | 5016 | 6 | 6 | | 72.15 | 432.90 |
| 04 | 200164 | CSYSCKBR1/2G | 128270 | 0360 | 2 | 2 | | 14.40 | 28.80 |
| 08 | 23529483 | COOLANT-5GAL | 128260 | WHSRFL | 4 | 4 | | 60.87 | 243.48 |
| 09 | 23512734 | 5GAL 1240D | 000000 | CAGE | 3 | 3 | | 58.98 | 176.94 |
| 10 | 05107176 | LINER 92 | 016180 | | 6 | 6 | | 190.96 | 1145.76 |
| 14 | 08928784 | TUBE | 035305 | | 6 | 6 | | 212.11 | 1272.66 |
| 14 | 23507231 | LINER | 016180 | 0007 | 6 | 6 | | 396.50 | 2379.00 |
| 14 | 23524341 | CYL KIT | 016182 | 0290 | 6 | 6 | | 8.46 | 50.76 |
| 14 | 05148611 | INSRRT | 011038 | 4000 | 4 | 4 | | 8.25 | 33.00 |
| 14 | 05117005 | WASHER | 011100 | 4001 | 4 | 4 | | 22.42 | 89.68 |
| 14 | 05149565 | SHELL-SET | 013090 | 4003 | 6 | 6 | | 16.56 | 99.36 |
| 14 | 05149572 | SHELL-SET | 016100 | 4010 | 24 | 24 | | 1.57 | 37.68 |
| 14 | 08928676 | SEAL RING | 024020 | 4015 | 1 | 1 | | 64.23 | 64.23 |
| 14 | 23501150 | GASKET | 035439 | 4018 | 4 | 4 | | 1.80 | 7.20 |
| 14 | 08927270 | STUD | 052020 | 4019 | 1 | 1 | | 1.27 | 1.27 |
| 14 | 05118061 | GSKT | 053130 | 4020 | 1 | 1 | | 4.89 | 4.89 |
| 14 | 06410879 | CAP | 053120 | 4019 | 12 | 12 | | 2.62 | 31.44 |
| 14 | 23506591 | STUD | 061020 | 4020 | 2 | 2 | | 55.64 | 111.28 |
| 14 | 05199673 | GASKET KIT * | 012002 | 4029 | 1 | 1 | | 69.65 | 69.65 |
| 14 | 05149641 | GASKET KIT | 034003 | 4031 | 2 | 2 | | 19.54 | 39.08 |
| 14 | 05104018 | GASKET RKR * | 018455 | 4075 | 4 | 4 | | 24.33 | 97.32 |
| 14 | 23515227 | GASKET EXH | 061150 | 5038 | 1 | 1 | | 15.19 | 15.19 |
| 14 | 23503588 | GASKET | 047001 | 5040 | 1 | 1 | | 1.65 | 1.65 |
| 14 | 05117242 | GASKET | 041520 | 5043 | 2 | 2 | | 24.79 | 49.58 |
| 14 | 23501170 | GASKET | 035307 | 5044 | 1 | 1 | | 19.68 | 19.68 |
| 14 | 05104323 | GSKT | 033010 | 5044 | 2 | 2 | | 13.71 | 27.42 |
| 14 | 23501231 | GSKT | 033030 | 5046 | 2 | 2 | | 3.11 | 6.22 |
| 14 | 08923791 | GSKT | 011050 | 5046 | 2 | 2 | | 1.64 | 3.28 |
| 14 | 08923792 | GSKT | 011050 | 5046 | 2 | 2 | | 1.64 | 3.28 |
| 14 | 08924023 | AFT COOLER | 035436 | 5067 | 1 | 1 | | 1501.54 | 1501.54 |

# Atlantic Detroit Diesel Allison

WWW.ATLANTICDDA.COM

**ATLANTIC DETROIT DIESEL-ALLISON LLC**
P.O. BOX #2030 • 180 CHAPIN ROAD
PINE BROOK, NJ 07058

| CUSTOMER NO. | INVOICE NO. |
|---|---|
| 37235 | 1842592 |

30 Route 17 South, P.O. Box 950
dli, New Jersey 07644
hone: NJ (201) 489-5800

3025 Veterans Memorial Highway
Ronkonkoma, L.I., New York 11779
Phone: (631) 951-5800

300 Smith Street
Middletown, CT 06457
Phone: (860) 632-0218

281 Old Wolf Rd., P.O. Box 649
Latham, New York 12110
Phone: (518) 452-0000

169 Old New Brunswick Road
Piscataway, New Jersey 08854
Phone: (732) 752-7100

lantic PowerSystems
3 Gregg Street
dli, New Jersey 07644
hone: (201) 291-0990

33 Gregg Street (Bus Center)
Lodi, New Jersey 07844
Phone: (201) 587-2635 • 291-8415

127 Glendale Avenue
Edison, New Jersey 08817
Phone: (732) 287-2582

1135 Kings Highway
Saugerties, New York 12477
Phone: (845) 247-8045

# Invoice

**BILLED TO**
FRIEDMAN, SIDNEY
4217 AUSTIN BLVD
ISLAND PARK, NY  11558

**SHIPPED TO**
*SAME

| DATE INVOICED | DATE SHIPPED | PURCHASE ORDER NO. | BILL OF LADING NO. | REFERENCE NO. |
|---|---|---|---|---|
| 9/17/07 | | | | R1081812 |

| SERIAL NO. | MODEL NO. | CUSTOMER I.D. NO. | FREIGHT VIA | TERMS |
|---|---|---|---|---|
| 06VF197894 | 80627403 | SUN CLIPPE | PICKUP | COD |

| PART NUMBER | DESCRIPTION | ORDERED | BACK ORD. | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | UNIT INFORMATION — | | | | | |
| | UNIT SERIAL#-PRIMARY: 06VF197894 | SECONDARY: | | | | |
| | UNIT MODEL # 80627403 | REPLACEMENT S/N: | | | | |
| | OPERATING ZIP 11558    MILES/HOURS | 1,418 | | | | |
| | DELIVERED     0/00/00   APPL CODE | | | | | |
| | EQUIP POWERED RICKER | | | | | |
| | EQUIP MODEL # | | | | | |
| | EQUIP S/N #   RIX48011A393 | | | | | |
| | CUSTOMER UNIT   SUN CLIPPE | | | | AUTH # | |

COMPLAINT:
TWO CRACKED HEAT EXCHANGERS
CAUSE: INADEQUATE FREEZE PROTECTION IN
THE FRESH WATER COOLING SYSTEM —
CRACKED EXHAUST MANIFOLDS — CRACKED
CROSSOVER PIPE — EXPANDED AFTERCOOLER
FROM FREEZING LIQUID.
CORRECTION:
7/23/07, TRAVEL TO JOBSITE. CHECK OVER
UNIT. ENGINE DOES NOT HOLD WATER.
SUSPECT BENT CONNECTING RODS. ALSO BOTH
EXHAUST MANIFOLDS CRACKED. CONDITION OF
CROSSOVER PIPE AND TURBINE HOUSING
UNKNOWN. ENGINE WAS OPERATED WITHOUT
COOLANT. CYLINDER HEADS OVERHEATED
(OVERHEAT PLUGS MELTED OUT). MOVE
EXHAUST MANIFOLD OUT OF ENGINE ROOM.
REMOVED LEFT BANK AIR BOX COVERS AND
INSPECTED CYLINDER KITS. #2L HAD
COOLANT IN IT. BAR ENGINE OVER AND
CHECKED FOR BENT RODS ON LEFT BANK ONLY
— RODS LOOK OK. KITS ARE TIRED.
CYLINDER HEADS GOT HOT. ENGINE WAS RAN
WITHOUT COOLANT. PUMP OUT WATER AND
EMULSIFIED OIL. PUMP OUT BILGE UNDER

CONTINUED ON THE NEXT PAGE

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE



**ATLANTIC DETROIT DIESEL-ALLISON LLC**
P.O. BOX #2030 • 19C CHAPIN ROAD
PINE BROOK, NJ 07058

WWW.ATLANTICDDA.COM

| | | | | |
|---|---|---|---|---|
| 80 Route 17 South, P.O. Box 950 Lodi, New Jersey 07644 Phone: NJ (201) 489-5800 | 3025 Veterans Memorial Highway Ronkonkoma, L.I., New York 11779 Phone: (631) 981-5800 | 300 Smith Street Middletown, CT 06457 Phone: (860) 632-0218 | 281 Old Wolf Rd., P.O. Box 649 Latham, New York 12110 Phone: (518) 452-0000 | 169 Old New Brunswick Road Piscataway, New Jersey 08854 Phone: (732) 752-7100 |
| Atlantic PowerSystems 13 Gregg Street Lodi, New Jersey 07644 Phone: (201) 291-0300 | 33 Gregg Street (Bus Center) Lodi, New Jersey 07644 Phone: (201) 587-2635 • 291-8415 | 127 Glendale Avenue Edison, New Jersey 08817 Phone: (732) 287-2582 | 1135 Kings Highway Saugerties, New York 12477 Phone: (845) 247-8045 | |

# Invoice

| CUSTOMER NO. | INVOICE NO. |
|---|---|
| 37235 | 1842592 |

**BILLED TO**
FRIEDMAN, SIDNEY
4217 AUSTIN BLVD
ISLAND PARK, NY  11558

**SHIPPED TO**
*SAME

| DATE INVOICED | DATE SHIPPED | PURCHASE ORDER NO. | BILL OF LADING NO. | REFERENCE NO. |
|---|---|---|---|---|
| 8/17/07 | | | | R1081812 |

| SERIAL NO. | MODEL NO. | CUSTOMER I.D. NO. | FREIGHT VIA | TERMS |
|---|---|---|---|---|
| 06VF197894 | 80627403 | SUN CLIPPE | PICKUP | COD |

| PART NUMBER | DESCRIPTION | ORDERED | BACK ORD | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | ENGINE. | | | | | |
| | 7/25/07, TRAVEL TO JOBSITE. PULL LEFT | | | | | |
| | BANK CYLINDER HEAD - CRACKED. SUSPECT | | | | | |
| | CRACK IN EXHAUST CROSSOVER PIPE. REMOVE | | | | | |
| | RIGHT BANK EXHAUST MANIFOLD AND SWEEP. | | | | | |
| | MOVE CANISTERS TO TRUCK. DISASSEMBLE | | | | | |
| | RIGHT BANK HEAD DETAILS. | | | | | |
| | 7/26/07, TRAVEL TO JOBSITE. REMOVE | | | | | |
| | RIGHT BANK CYLINDER HEAD. | | | | | |
| | REMOVE/DISASSEMBLE AIR SEP, EXHAUST | | | | | |
| | RISER, EXHAUST SWEEP, AND EXHAUST | | | | | |
| | CROSSOVER PIPE. REMOVE OIL FILTER HEAD | | | | | |
| | AND LINES. REMOVE OIL PAN AND SUCTION | | | | | |
| | TUBE. REMOVE CYLINDER KITS. MOVE AIR | | | | | |
| | PARTS TO TRUCK. | | | | | |
| | 7/27/07, TRAVEL TO JOBSITE. REMOVE 3&4 | | | | | |
| | REAR MAIN CAPS. CRANKSHAFT LOOKS OK. | | | | | |
| | BEARINGS HAVE SLIGHT DAMAGE FROM WATER | | | | | |
| | IN OIL. WIRE WHEEL BLOCK. CLEAN BLOCK | | | | | |
| | AND AIR BOX WITH PUROLENE. SCRAPE SOME | | | | | |
| | GASKETS. CLEAN OUT BILGE. | | | | | |
| | 7/30/07, TRAVEL TO JOBSITE. BREAK DOWN, | | | | | |
| | CLEAN, AND INSPECT PARTS. LEAVE CRACKED | | | | | |
| | CASTING - PACK UP FOR CUSTOMER TO HAVE. | | | | | |
| | SET UP BLOCK PRESSURE TESTING GEAR. | | | | | |
| | 8/1/07, TRAVEL TO JOBSITE. COMPLETE | | | | | |
| | PRESSURE TEST ASSEMBLY. LINERS DO NOT | | | | | |
| | HOLD WATER AT DECK COUNTERBORES. HAD TO | | | | | |
| | DRAIN AND REMOVE TEST GEAR AND OLD | | | | | |
| | LINERS AND USE NEW LINERS AND | | | | | |
| | REASSEMBLE TEST EQUIPMENT. PRESSURE | | | | | |
| | TEST 10 PSI. CHECK FOR ANY LEAKS AT | | | | | |
| | BLOCK FREEZE OUT PLUGS. | | | | | |
| | 8/3/07, TRAVEL TO JOBSITE. RELIEVE | | | | | |
| | INSERTO AND CHECK LINER HEIGHTS - OK. | | | | | |
| | PRESSURE. DRAIN ALL WATER. REMOVE | | | | | |
| | PRESSURE TESTING FIXTURES. REMOVE | | | | | |

CONTINUED ON THE NEXT PAGE

FORM NO. 005

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

**ORIGINAL INVOICE**



ATLANTIC DETROIT DIESEL-ALLISON LLC
P.O. BOX #2030 • 180 CHAPIN ROAD
PINE BROOK, NJ 07058

WWW.ATLANTICDDA.COM

| | | | | |
|---|---|---|---|---|
| 30 Route 17 South, P.O. Box 950 xdi, New Jersey 07644 hone: NJ (201) 489-5800 | 3025 Veterans Memorial Highway Ronkonkoma, L.I., New York 11779 Phone: (631) 981-5800 | 300 Smith Street Middletown, CT 06457 Phone: (860) 632-0218 | 281 Old Wolf Rd., P.O. Box 649 Latham, New York 12110 Phone: (518) 452-0000 | 169 Old New Brunswick Road Piscataway, New Jersey 08854 Phone: (732) 752-7100 |
| lantic PowerSystems 3 Gregg Street xdi, New Jersey 07644 hone: (201) 291-0300 | 33 Gregg Street (Bus Center) Lodi, New Jersey 07644 Phone: (201) 587-2635 • 291-8415 | 127 Glendale Avenue Edison, New Jersey 08817 Phone: (732) 287-2582 | 1135 Kings Highway Saugerties, New York 12477 Phone: (845) 247-8045 | |

**CUSTOMER NO.** 37235
**INVOICE NO.** 1842592

# Invoice

**BILLED TO**

FRIEDMAN, SIDNEY
4217 AUSTIN BLVD
ISLAND PARK, NY  11558

**SHIPPED TO**

*SAME

| DATE INVOICED | DATE SHIPPED | PURCHASE ORDER NO. | BILL OF LADING NO. | REFERENCE NO. |
|---|---|---|---|---|
| 8/17/07 | | | | R1081812 |

| SERIAL NO. | MODEL NO. | CUSTOMER I.D. NO | FREIGHT VIA | TERMS |
|---|---|---|---|---|
| 06VF197894 | 80627403 | SUN CLIPPE | PICKUP | CO |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSIO |
|---|---|---|---|---|---|---|
| | LINERS AND CLEAN UP SEALING AREAS ON BLOCK. REINSTALL LINERS WITH NEW INSERTS AND CHECK LINER HEIGHTS — OK. REMOVE LINERS AGAIN AND LOAD PISTONS AND INSTALL CYLINDER KITS. 8/7/07, TRAVEL TO JOBSITE. INSTALL OIL VALVES, SUCTION TUBE, AND OIL. CLEAN DEBRIS OUT OF COOLING SYSTEM DRAINS. INSTALL CYLINDER HEADS, INJECTORS AND SOME HEAD DETAILS. 8/8/07, TRAVEL TO JOBSITE. TUNE UP AND SET RACKS, FUEL LINES, THERMOSTATS, EXHAUST CROSSOVER, AND TURBINE HOUSING AND RISER. REMOTE OIL LINES AND HEAD AIR BOX COVERS AND OTHER DETAILS. 8/13/07, TRAVEL TO JOBSITE. CONTINUE ASSEMBLY OF TURBO PIPES AND HOSES. REPLACE BOTH BROKEN SOLENOIDS (STOP AND SHUT DOWN). PICK UP USED MANIFOLDS AND INSTALL. MANIFOLD ARE OLD STYLE WITH SMALLER DIAMETER WATER PORTS — ADVISE. PAINT ENGINE. 8/14/07, TRAVEL TO JOBSITE. COMPLETE ALL ASSEMBLY. FILL WITH STRAIGHT WATER AND PRESSURE TEST — OK. CAP NECK ON EXPANSION TANK IS DAMAGED. ODER NECK. CHANGE FUEL FILTERS. PRIME AND PRESSURE TEST FUEL SYSTEM. ADD OIL AND FILTERS. TEST RUN. DRAIN AND FLUSH COOLING SYSTEM. REFILL WITH NEW 50/50 POWER COOL. INSTALL MECHANICAL GAUGE. BOAT GAUGES READ LOW. RUN AT DOCK. HIT MOST FINAL DETAILS. 8/15/07, TRAVEL TO JOBSITE. REPLACE FILLER NECK. ADD 4 GALLONS OF COOLANT TO PORT UNIT. PREP AND SEA TRIAL BOAT. HAD A SIEZED INJECTOR AT END OF TRIAL. | | | | | |

CONTINUED ON THE NEXT PAGE

FORM NO. 005

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE

**ORIGINAL INVOICE**

**PLEASE REMIT TO:**

**ATLANTIC DETROIT DIESEL-ALLISON LLC**
P.O. BOX #2030 • 19C CHAPIN ROAD
PINE BROOK, NJ 07058

| | | CUSTOMER NO. | INVOICE NO. |
|---|---|---|---|
| | | 37235 | 1842592 |

WWW.ATLANTICDDA.COM

| | | | |
|---|---|---|---|
| 30 Route 17 South, P.O. Box 950 Rd., New Jersey 07644 Phone: NJ (201) 489-5800 | 3025 Veterans Memorial Highway Ronkonkoma, L.I., New York 11779 Phone: (631) 981-5800 | 300 Smith Street Middletown, CT 06457 Phone: (860) 632-0218 | 281 Old Wolf Rd., P.O. Box 649 Latham, New York 12110 Phone: (518) 452-0000 |
| Atlantic PowerSystems 3 Gregg Street Lodi, New Jersey 07644 Phone: (201) 291-9300 | 33 Gregg Street (Bus Center) Lodi, New Jersey 07644 Phone: (201) 587-2635 • 291-8415 | 127 Glendale Avenue Edison, New Jersey 08817 Phone: (732) 287-2582 | 1135 Kings Highway Saugerties, New York 12477 Phone: (845) 247-8045 |

169 Old New Brunswick Road Piscataway, New Jersey 08854 Phone: (732) 752-7100

# Invoice

| BILLED TO | SHIPPED TO |
|---|---|
| FRIEDMAN, SIDNEY 4217 AUSTIN BLVD ISLAND PARK, NY  11558 | *SAME |

| DATE INVOICED | DATE SHIPPED | PURCHASE ORDER NO. | BILL OF LADING NO. | REFERENCE NO. |
|---|---|---|---|---|
| 8/17/07 | | | | R1081812 |

| SERIAL NO. | MODEL NO. | CUSTOMER I.D. NO. | FREIGHT VIA | TERMS |
|---|---|---|---|---|
| 06VF197894 | 80627403 | SUN CLIPPE | PICKUP | COD |

| PART NUMBER | DESCRIPTION | ORDERED | BACK ORD | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| RETURN TO DOCK. PULLED COVERS. #3L. | | | | | | |
| INJECTOR SIEZED.  ORDER INJECTOR ON | | | | | | |
| RO#110419/AFA. | | | | | | |
| **NOTE: HEAT EXCHANGER END PLATE HAD | | | | | | |
| BEEN REPAIRED (WELDED) PRIOR TO OUR | | | | | | |
| REPAIR** | | | | | | |
| **NOTE: CUSTOMER SUPPLIED EXHAUST | | | | | | |
| MANIFOLDS AND TURBO CHARGER** | | | | | | |
| 05119060 | FILLER NECK | 1 | | 1 | 6.99 | 6.99 |
| 08929666 | PAINTSP60BLU | 2 | | 2 | 11.84 | 23.68 |
| 2020PM-OR | ELEMNT S1000 | 1 | | 1 | 12.20 | 12.20 |
| 23501147 | GASKET | 1 | | 1 | 4.21 | 4.21 |
| 05117269 | GASKET    * | 2 | | 2 | 1.54 | 3.08 |
| 23517076 | GASKET | 1 | | 1 | 43.64 | 43.64 |
| R23504270AM | CYL HEAD 6V9 | 2 | | 2 | 2277.35 | 4554.70 |
| R5227125 | INJ 7125P | 6 | | 6 | 72.15 | 432.90 |
| 200164 | CSYSCKBR1/2G | 2 | | 2 | 14.40 | 28.80 |
| 23529483 | COOLANT-5GAL | 4 | | 4 | 60.87 | 243.48 |
| 23512734 | 5GAL 1240D | 3 | | 3 | 58.98 | 176.94 |
| 05107176 | LINER 92    @ | 6 | | 6- | 190.96 | 1145.76- |
| 08928784 | TUBE | 1 | | 1 | 912.64 | 912.64 |
| 23507231 | LINER | 6 | | 6 | 212.11 | 1272.66 |
| 23524341 | CYL KIT | 6 | | 6 | 396.50 | 2379.00 |
| 05148611 | INSERT | 6 | | 6 | 8.46 | 50.76 |
| 05117005 | WASHER    * | 4 | | 4 | 8.25 | 33.00 |
| 05149565 | SHELL-SET | 4 | | 4 | 22.42 | 89.68 |
| 05149572 | SHELL-SET | 6 | | 6 | 16.56 | 99.36 |
| 08928676 | SEAL RING | 24 | | 24 | 1.57 | 37.68 |
| 23501150 | GASKET | 1 | | 1 | 64.23 | 64.23 |
| 08927270 | STUD | 4 | | 4 | 1.80 | 7.20 |
| 03119061 | GSKT | 1 | | 1 | 1.27 | 1.27 |
| 05410879 | CAP | 1 | | 1 | 4.89 | 4.89 |
| 23506591 | STUD | 12 | | 12 | 2.62 | 31.44 |
| 05199673 | GASKET KIT * | 2 | | 2 | 55.64 | 111.28 |
| 05149641 | GASKET KIT | 1 | | 1 | 69.65 | 69.65 |
| 05104018 | GASKET RKR * | 2 | | 2 | 19.54 | 39.08 |
| 23515227 | GASKET EXH | 4 | | 4 | 24.33 | 97.32 |

CONTINUED ON THE NEXT PAGE

FORM NO. 005

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**ORIGINAL INVOICE**

CONTINUED ON THE NEXT PAGE

FORM NO. 005

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND OF

**ORIGINAL INVOICE**

# ATLANTIC Detroit Diesel Allison

**PLEASE REMIT TO:**
ATLANTIC DETROIT DIESEL-ALLISON LLC
P.O. BOX #2030 • 19C CHAPIN ROAD
PINE BROOK, NJ 07058

WWW.ATLANTICDDA.COM

| | | | |
|---|---|---|---|
| Route 17 South, P.O. Box 950 | 3025 Veterans Memorial Highway | 300 Smith Street | 281 Old Wolf Rd., P.O. Box 649 |
| New Jersey 07644 | Ronkonkoma, L.I., New York 11779 | Middletown, CT 06457 | Latham, New York 12110 |
| NJ (201) 489-5800 | Phone: (631) 981-5800 | Phone: (860) 632-0218 | Phone: (518) 452-0000 |

169 Old New Brunswick Road
Piscataway, New Jersey 08854
Phone: (732) 752-7100

PowerSystems
gg Street
New Jersey 07644
(201) 291-0300

33 Gregg Street (Bus Center)
Lodi, New Jersey 07644
Phone: (201) 587-2635 • 291-8415

127 Glendale Avenue
Edison, New Jersey 08817
Phone: (732) 287-2582

1135 Kings Highway
Saugerties, New York 12477
Phone: (845) 247-8045

# Invoice

**BILLED TO**

FRIEDMAN, SIDNEY
4217 AUSTIN BLVD
ISLAND PARK, NY  11558

**SHIPPED TO**

*SAME

| DATE INVOICED | DATE SHIPPED | PURCHASE ORDER NO. | BILL OF LADING NO. | REFERENCE NO. |
|---|---|---|---|---|
| 8/17/07 | | | | R1081812 |

| SERIAL NO. | MODEL NO. | CUSTOMER I.D. NO. | FREIGHT VIA | TERMS |
|---|---|---|---|---|
| 6VF197894 | 80627403 | SUN CLIPPE  PICKUP | | COD |

| PART NUMBER | DESCRIPTION | ORDERED | BACK ORD | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 23503588 | GASKET | 1 | | 1 | 15.19 | 15.19 |
| 05117242 | GASKET | 1 | | 1 | 1.65 | 1.65 |
| 23501170 | GASKET | 2 | | 2 | 24.79 | 49.58 |
| 05104323 | GSKT | 1 | | 1 | 19.68 | 19.68 |
| 23501231 | GASKET | 2 | | 2 | 13.71 | 27.42 |
| 08923791 | GSKT | 2 | | 2 | 3.11 | 6.22 |
| 08923792 | GASKET | 2 | | 2 | 1.64 | 3.28 |
| 08924023 | AFT COOLER | 1 | | 1 | 1501.54 | 1501.54 |
| C5227125 | INJ ASM MUI | *CO | 2 | 2-- | .00 | .00 |
| C5227125 | INJ ASM MUI | *CO | 4 | 4-- | .00 | .00 |
| C23504270AM | INVCOREVALUE | 2 | | 2-- | .00 | .00 |
| 26832 | SPRAY-NINE | 3 | | 3 | 12.14 | 36.42 |
| PLA-T18 | GRAY PRIMER | 1 | | 1 | 13.34 | 13.34 |
| 05102 | ELECTRONIC CLEANER | 1 | | 1 | 6.63 | 6.63 |
| 24117-01 | RELAY  FIG3810 | 2 | | 2 | 44.18 | 88.36 |
| P550540 | FUEL CART | 1 | | 1 | 7.79 | 7.79 |
| 23530408 | FILTER | 2 | | 2 | 20.16 | 40.32 |
| 24222 | HOSE 1 3/8 | 1 | | 1 | 13.00 | 13.00 |
| | MISCELLANEOUS PARTS | | | | 4.00 | 4.00 |
| BRIDGE TOLLS PCV 06357 | | | | | | |
| | MILEAGE / TOLLS | | | | 2000.00 | 2000.00 |
| | MISC SUPPLY CHARGES | | | | 700.00 | 700.00 |
| | DDC FIELD LABOR | | | | 29650.22 | 29650.22 |

PAID BY CHECK#:        1067   17654.48    8/17/07

PAID BY CHECK#:        1068   10000.00    8/17/07

PAID BY CHECK#:        1069   10000.00    8/17/07

PAID BY CHECK#:        1071   10000.00    8/17/07

LEASE REMIT ALL PAYMENTS, INVOICES AND STATEMENTS TO OUR NEW CORPORATE ADDRESS
PC CHAPIN ROAD PINE BROOK NEW JERSEY 07058 973-575-0309
FFECTIVE DECEMBER 18, 2006

CONTINUED ON THE NEXT PAGE

RM NO. 005

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE
REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF

**ORIGINAL INVOICE**

Case 1:08-cv-04315-BSJ-AJP    Document 13-2    Filed 07/14/2008    Page 36 of 49



**PLEASE REMIT TO:**

**ATLANTIC DETROIT DIESEL-ALLISON LLC**
**P.O. BOX #2030 • 19C CHAPIN ROAD**
**PINE BROOK, NJ 07058**

| CUSTOMER NO | INVOICE NO |
|---|---|
| 37235 | 1842592 |

WWW.ATLANTICDDA.COM

| | | | | |
|---|---|---|---|---|
| Rte 17 South, P.O. Box 950 | 3025 Veterans Memorial Highway | 300 Smith Street | 281 Old Wolf Rd., P.O. Box 649 | |
| New Jersey 07644 | Ronkonkoma, L.I., New York 11779 | Middletown, CT 06457 | Latham, New York 12110 | 169 Old New Brunswick Road |
| NJ (201) 489-5800 | Phone: (631) 981-5800 | Phone: (860) 632-0216 | Phone: (518) 452-0000 | Piscataway, New Jersey 08854 |
| | | | | Phone: (732) 752-7100 |
| PowerSystems | 33 Gregg Street (Bus Center) | 127 Glendale Avenue | 1135 Kings Highway | |
| g Street | Lodi, New Jersey 07644 | Edison, New Jersey 06617 | Saugerties, New York 12477 | |
| New Jersey 07644 | Phone: (201) 587-2635 • 291-8415 | Phone: (732) 287-2582 | Phone: (845) 247-8045 | |
| (201) 291-9900 | | | | |

# Invoice

| BILLED TO | SHIPPED TO |
|---|---|
| FRIEDMAN, SIDNEY<br>4217 AUSTIN BLVD<br>ISLAND PARK, NY 11558 | *SAME |

| DATE INVOICED | DATE SHIPPED | PURCHASE ORDER NO. | BILL OF LADING NO. | REFERENCE NO. |
|---|---|---|---|---|
| 8/17/07 | | | | R1081812 |

| SERIAL NO. | MODEL NO. | CUSTOMER I.D. NO. | FREIGHT VIA | TERMS |
|---|---|---|---|---|
| 6VF197894 | 80627403 | SUN CLIPPE PICKUP | | COD |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | SUBTOTAL: | | | | | 43870.64 |
| | TAX: | | | | | 3783.84 |
| | SHIPPING: | | | | | .00 |
| | TOTAL: | | | | | 47654.48 |
| | | | | | | ============ |

M NO. 005

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF. SEE TERMS AND CONDITIONS ON REVERSE SIDE

**ORIGINAL INVOICE**

AHN - DEM.

## Atlantic

*Detroit Diesel Allison*
3125 Veterans Memorial Hwy.
Ronkonkoma, NY 11779
(631) 981-5800 Fax (631) 981-5807

**RO # 10181**

Name: Sidney Friedman

Unit # _____

PO # _____

Fax # _____    COD ☐    CHG ☐

Notes:

Complaint: 2 cracked heat exchangers

Cause:

Correction:

| | @ | ST | OT | DT | | |
|---|---|---|---|---|---|---|
| | | | | | Labor | 2897.00 |
| | | | | | Parts | 11516.42 |
| | | | | Oil | | 869.22 |
| | | | | Other | | |
| | | | | Sublet | | |
| | | | | Tolls | | |
| 83 m. @ .50/mile Mileage | | | | | | 251.00 |
| | | | | Freight | | |
| | | | | Subtotal | | 43810.64 |
| Rec'd Cash Check MC Visa | | | | | Tax | 3783.84 |
| CI # | | | | | **Total** | 47654.48 |

209 S DOMINION BLVD
CHESAPEAKE, VA 23322

ARL I.D.: 003134000000207103400I

RCHANT #:              8002072034

VISA
##########5859
**SALE**
RECORD #: 1
DATE: AUG 11, 07        INV:         000000
TIME: 12:18
BATCH: 6
AUTH:         03028B

AVS RESPONSE: Y
CW2 RESPONSE: P

ADDRESS AND 5 DIGIT ZIP MATCH

**TOTAL**        **$1260.00**

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

# Diesel Marine Service

Blvd

* 547-4440

# Commercial Invoice

| Date | Invoice # | Terms |
|------|-----------|-------|
| 8/11/2007 | 3327 | Due on receipt |

| P.O. NO. |
|----------|
|  |

| | DESCRIPTION | SERVICED | AMOUNT |
|---|---|---|---|
| 2 | 600.00  23501128 EXHAUST MANIFOLDS | | 1,200.00T |
| | 5.00%  VA. SALES TAX | | 60.00 |

SPECIALIZING IN COMPLETE REBUILT GM ENGINES, PARTS*SALES*SERVICE
25% RESTOCKING FEE
1.5% FINANCE CHARGE EFFECTIVE AFTER 30 DAYS.

| **Total** | **$1,260.00** |
|-----------|---------------|

# Invoice

**Date:** 31 Jul 2007
**Page:** 1 of 1



## P C Industries, LLC

1088 N. Washington
P.O. Box 490
Afton, WY 83110

Telephone 307-885-4724
Facsimile 307-885-3215

Federal ID No. 83-0325342

The invoice evidenced by this invoice is subject to the terms and conditions on the front and reverse of this document

| Sales Rep | | Invoice Number |
|---|---|---|
| Daniel Jensen | | I07212143948 |

| Packing Slip No | | Terms |
|---|---|---|
| P07212141921 | | Cash Account |

| Ordered By | | PO Number |
|---|---|---|
| Dean M. Friedman | | Verbal |

| Sold to | Account Code | Ship to Address |
|---|---|---|
| Dean M. Friedman<br>61 Ulster Ave.<br>Atlantic Beach, NY 11509 | | Dean M. Friedman<br>4217 Austin Blvd.<br>Island Park, NY 11558 |

| Line | Number | Order | B | S | Description | Weight | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| 1 | R23500956 | 1 | 0 | 1 | Turbocharger, TW83 Water Cooled | 83.00 | $1,425.00 | $1,425.00 |
| 2 | C23500956 | 1 | 0 | 1 | Core Turbo TW83 W/C | 0.00 | $550.00 | $550.00 |

| | Visa Card | Amount Tendered | | $ 1,975.00 |
|---|---|---|---|---|
| | | Net Due | | $ 0.00 |

Ship on the customers UPS Account number 158011
**TO RECEIVE CORE CREDIT, REBUILDABLE CORES MUST BE RETURNED WITHIN 60 DAYS O

*1425⁰⁰*

P C INDUSTRIES LLC
1088 NO WASHINGTON
AFTON, WY 83110
307-885-4724

XXXXXXXXXX9655 0001
DATE 07/31/07        TIME 02:41 PM

ITEM: 001   VPD SALE          OPT: 00
ACCT: XXXXXXXXXX5856        EXP XXXX
RESP: AUTH/TKT  007415

TOTAL:          $1975.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

| Total Weight (Lbs) | 83.00 | Freight | $ 0.00 | Non Taxable Subtotal | $ 1,975.00 |
|---|---|---|---|---|---|
| Taxable Subtotal | $ 0.00 | Sales Tax | $ 0.00 | Invoice Total | $ 1,975.00 |

We cannot accept merchandise returned without our permission. A handling charge will be made on all returned merchandise.

# Exhibit 2

Dolan & Young Marine, Inc.
**David G. Young**
Marine Surveyor
P.O. Box 568
Jamesport, NY 11947
Tel No. (631) 722-3160  Fax No. (631) 722-5760

**DATE:**           11-29-07
**CUSTOMER:**       ACE Rec. Marine Claims
**ATTENTION:**      Mike Burns
**CLAIMANT:**       Friedman
**CLAIM NUMBER:**   796 S 171402-0

| | | |
|---|---|---|
| Travel and Inspect | 9-7-07 5.0 Hrs (ded from other inspections) | 425.00 |
| | 10-9-07 2.5 Hrs | 212.50 |
| Research and Compile | 9.25 Hrs | 786.25 |
| Photographs | 24 @ flat rate over 20 | 20.00 *NY* |
| Clerical | .5 Hr | 12.50 |
| Mileage | 143 @ .48 | 68.64 *NY* |

TOTAL:          *NY= 88.64*                        <u>1,524.89</u>
                *NX= 1436.25*

Please remit all payments to the order of:

> **Dolan and Young Marine, Inc.**
> **P.O. Box 568**
> **Jamesport, NY 11947**
> **Tax I.D. Number: 11-3148870**

Please be sure to include <u>name of insured</u> on form attached to check for our records.

*PAID $1524.89*
*11/29/07*
*Mike Burns*

# Exhibit 3

```
01/08/08                    COMMENTS INQUIRY                    APLCINQ
FILE ID : X 796 S 171402-0  INS/ACCT NAME: FRIEDMAN;SIDNEY
SUBL/SUF : *  DATE ENTERED : 11/29/07  USER ID : 796-981  COMMENT NO. :  38
```

```
| INDEX LINE: CMNT-1                                                      |
| PAYMENT:                                                               |
| ISSUED PAYMENT TO THE SURVEYOR IN THE AMOUNT OF $1,524.89. $88.64 = NY, |
| $1,436.25 = NX.                                                        |
| -                                                                     |
| ISSUED PAYMENT TO THE INSURED AND LOSS PAYEE IN THE AMOUNT OF $40,565.45.|
| ATLANTIC DETROIT DIESEL:                   $47,654.48                   |
| PC INDUSTRIES:                              1,425.00                   |
| DIESEL MARINE SERVICES:                     1,260.00                   |
| TOTAL REPAIRS:                             50,339.48                   |
| LESS DD PARTS DEPRE (29% X 11,096):      -  3,217.84                   |
| LESS SALES TAX ON ABOVE (8.625%):        -    277.54                   |
| LESS DEPRE. TURBO & MANIFOLD (29% X 2,685): -  778.65                  |
| AGREED LOSS:                               46,065.45                   |
|                                                                       |
```

```
TO VIEW OLDER COMMENTS PRESS ENTER. TO VIEW NEWER COMMENTS PRESS PF7.
DO YOU WANT TO ENTER ANOTHER COMMENT? (Y/N): N ... PRESS ENTER.


|  PF1 HELP  |      | PF3 BACK  | PF5 COMMENT INDEX |    | PF7 VIEW NEWER |
```

```
01/08/08                    COMMENTS INQUIRY                    APLCINQ
FILE ID : X 796 S 171402-0  INS/ACCT NAME: FRIEDMAN;SIDNEY
SUBL/SUF : *  DATE ENTERED : 11/29/07  USER ID : 796-981  COMMENT NO. :  39
```

| INDEX LINE: CONTINUED
| LESS DEDUCTIBLE:                     -   5,500.00
| PAYMENT:                             $40,565.45

```
TO VIEW OLDER COMMENTS PRESS ENTER. TO VIEW NEWER COMMENTS PRESS PF7.
DO YOU WANT TO ENTER ANOTHER COMMENT? (Y/N): N ... PRESS ENTER.


|  PF1 HELP  |       | PF3 BACK   | PF5 COMMENT INDEX |      | PF7 VIEW NEWER |
```

# Exhibit 4

```
                        APL PAYMENT DETAILS                        KIM00

FILE ID: X796S1714020            SRCE-CD: BNP      QUAL-DATE   : 11/29/07
CK NUM : BN02063192                               ISS/SET-DATE: 11/30/07
DOLLARS:      40,565.45                           REG-DATE    : 11/29/07
CLMT-NM: FRIEDMAN;SIDNEY                          SS-IRS #    :
PMT-DT :          TO:                             USER-ID     : 796981
FOR    : DAMAGES LESS DEPRECIATION AND            PATIENT NO  :
         DEDUCTIBLE                               INV NO :
PAYEE  :                          SEND TO:        MAIL-CD     : 00
 SIDNEY FRIEDMAN AND
 SUNTRUST BANK
 4217 AUSTIN BLVD
 ISLAND PARK            NY  11558
 LTR  CD-A      AMOUNT PYMT-CD  PYMT-TP      VOID/STOP
  A   HULL    40,565.45  3        PF


TOTAL:      40,565.45
TO VIEW NEXT CHECK DETAILS, PRESS ENTER

|PF1 HELP |PF2 CLMT INFO |PF3 RESERVE |PF4 MAIN MENU  |PF5  DIARY |PF6 COMMENTS
|PF7 RECOV|PF8 PAYMENTS  |PF9 COVERAGE|PF10 BULLETIN  |PF11 FILE INFO
```

```
                        APL PAYMENT DETAILS                          KIM00

FILE ID: X796S1714020           SRCE-CD: BNP       QUAL-DATE   : 11/29/07
CK NUM : BN02063193                                ISS/SET-DATE: 11/30/07
DOLLARS:      1,524.89                             REG-DATE    : 11/29/07
CLMT-NM: FRIEDMAN;SIDNEY                           SS-IRS #    : 113148870
PMT-DT : 09/07/07 TO: 11/29/07                     USER-ID     : 796981
FOR    : DAMAGE SURVEY - FRIEDMAN                  PATIENT NO  :
                                                   INV NO : FRIEDMAN
PAYEE  :                          SEND TO:         MAIL-CD     : 00
 DOLAN & YOUNG MARINE, INC
 PO BOX 568

 JAMESPORT              NY  11947
 LTR  CD-A        AMOUNT PYMT-CD  PYMT-TP      VOID/STOP
  A   HULL        88.64  NY
  A   HULL      1,436.25 NX


TOTAL:        1,524.89
TO VIEW NEXT CHECK DETAILS, PRESS ENTER

|PF1 HELP |PF2 CLMT INFO |PF3 RESERVE |PF4 MAIN MENU  |PF5  DIARY |PF6 COMMENTS
|PF7 RECOV|PF8 PAYMENTS  |PF9 COVERAGE|PF10 BULLETIN  |PF11 FILE INFO
```

# Exhibit 5

**CLAIM OR SUIT AGAINST YOU:** If a claim is made or suit is brought against you or a Covered person for liability that may be covered under this policy, you must immediately notify us and send us every demand, notice, summons or other legal papers received by you or your representative. We will pay the ensuing cost of the suit. We will also have the option of naming attorneys to represent you. Payments for the cost of your legal defense will be in addition to payments we make under your coverage for liability claims against you.

**ASSISTANCE AND COOPERATION:** Any person making a claim must:

a.   cooperate with us in the investigation, settlement or defense of any claim or suit under this policy;

b.   assist us in the enforcement of any right of contribution or indemnity against any person or organization which may be liable to any covered person;

c.   allow us to inspect and appraise all damaged property, not stolen or otherwise unrecoverable, before it is repaired or disposed of;

d.   sign a written authorization permitting us to obtain medical files and other pertinent records;

e.   submit, at our expense and as often as we reasonably require, to a physical examination by physicians we select and at the time and place we select;

f.   not assume any obligation or admit any fault or liability that you or we may be liable for without first obtaining our written consent; and

g.   not incur any expenses that we may be liable for without first obtaining our written consent; the only expenses you may incur without obtaining our written consent are those covered under Part C; Medical Payments Coverage of this policy, or as described in General Provisions In The Event Of Loss in the Protection Against Loss section.

**PAYMENT OF LOSS:** Unless a claim has been paid by others, we will pay for any loss covered under this policy within thirty (30) days after both the detailed sworn proof-of-loss and proof of your interest in the insured property are given to us. However, should a covered loss to your insured vessel result in a total or constructive total loss, the policy premium shall be paid in full prior to the final claim payment.

**OUR RIGHT TO RECOVER:**

If we make a payment under this policy and the person to or for whom payment was made recovers or has the right to recover from another for the covered loss, we will be subrogated to that right; however, our right to recover is subordinate to the insured's right to be fully compensated.

**SALVAGE:** If we have made payment under this policy for loss or damage, and if there is salvage or recovery as a result of that loss or damage, we have the right to recover that salvage or recovery to the extent of our payment.

**SUIT AGAINST US:** You may not bring a suit against us unless you have complied with all terms and conditions of this policy. In addition:

a.   with respect to any claim or loss to insured property, any suit against us must commence within one (1) year of the date of loss or damage;

b.   with respect to any other claim for loss, no suit may be brought against us until the amount of the covered person's obligation to pay has been determined by final judgments after trial or by written agreement signed by you, us and the claimant; any such legal action against us must commence within one year of the date of judgment or written agreement;

c.   no one shall have any right to join us as a party to any action against a covered person;

d.   if any time limitations of this policy are prohibited or invalid under the law, then legal action against us must commence within the shortest limitation of time permitted by such law.

**OTHER INSURANCE:** If any covered person has any other insurance against a property damage loss covered under this policy, we will not pay for any greater proportion of the loss than our applicable amount of insurance stated on the Declarations Page bears to the total amount of insurance covering the loss. With respect to a liability, medical payments and/or uninsured boater loss, any insurance provided by this contract shall be deemed excess over all other valid and collectible insurance.

MA-14558 (12/03)                                                                                        Page 10 of 12