UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY,
a/s/o SIDNEY FRIEDMAN
                        Plaintiff,

-against-

JEFFSTAR MARINE SERVICES and
JEFFFSTAR Inc.

                        Defendants.
------------------------------------------------------------X

Docket No. 08 CV 4315
(BSJ) (AJP)

NOTICE OF MOTION TO
VACATE DEFAULT AND
IN OPPOSITION TO
INQUEST

SIRS:

      PLEASE TAKE NOTICE, that upon the affidavit of Dominic Aracci sworn to July 14, 2008, the exhibits annexed hereto; a Memorandum of Law and upon the pleadings and proceedings heretofore had herein, the undersigned will move this Court at the United States Courthouse located at 500 Pearl Street, New York, N.Y. on the 23rd day of July, 2008 at 9:30 o'clock in the forenoon of that day or as soon thereafter a counsel can be heard for an Order:

(1)    Pursuant to FRCP §55(c) and 60(b)(1)(6) to vacate the Defendant, Jeffstar Marine Services Inc.'s default and permit said Defendant to impose its Answer in this matter; and

(2)    For such other and further relief this Court deems just and proper.

Dated: Garden City, New York
       September 25, 2007

.

By: Daniel R. Olivieri, Esq.(DRO9969)
LAW OFFICE OF DANIEL R. OLIVIERI, P.C
Attorney for the Defendant,
 Jeffstar Marine Services Lnc.
100 Jericho Quadrangle, Ste 233
Jericho, New York 11753
(516) 470-0704

TO:   Casey & Barnett, LLC
      Attorney for Plaintiff
      317 Madison Ave., 21st Floor
      New York, New York 10017
      (212) 286-0225
      Your File No.: 2320-30