UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ACE AMERICAN INSURANCE COMPANY
a/s/o Sidney Friedman,

        Plaintiff,

-against-

JEFFSTAR MARINE SERVICES & JEFFSTAR, INC.,

        Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/23/08

08 Civ. 4315 (BSJ) (AJP)

ORDER SCHEDULING
    CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Monday, July 28, 2008 at 5:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:     New York, New York
            July 23, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Gregory G. Barnett, Esq.
                                Chris Schierloh, Esq.
                                Daniel R. Olivieri, Esq.
                                Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference