UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ACE AMERICAN INSURANCE COMPANY
a/s/o SIDNEY FRIEDMAN

        2008 Civ. 4315 (BSJ) (AJP)

Plaintiff,

**STIPULATION AND ORDER**
**OF DISCONTINUANCE**

- against -

JEFFSTAR MARINE SERVICES and JEFFSTAR, INC.

Defendants.
-----------------------------------------------------------X

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, that the above captioned matter has and hereby is discontinued with prejudice and without costs to either party, subject to reopening within thirty days of entry of this Order.

Dated: New York, New York
August 6, 2008
230-30

Casey & Barnett, LLC
Attorneys for Plaintiff

By: _____
Gregory G. Barnett
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Law Offices of Daniel R. Olivieri, P.C.
Attorneys for Defendant

By: _____
Daniel R. Olivieri    (with permission)
100 Jericho Quadrangle, Suite 233
Jericho, NY 11753
(516) 470-0704

SO ORDERED:

_____
United States District Judge