UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o SIDNEY FRIEDMAN

2008 Civ. 4315 (BSJ) (AJP)

Plaintiff,

**STIPULATION AND ORDER**
**OF DISCONTINUANCE**

- against -

JEFFSTAR MARINE SERVICES and JEFFSTAR, INC.

Defendants.
-----------------------------------------------------------X

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, that the above captioned matter has and hereby is discontinued with prejudice and without costs to either party, subject to reopening within thirty days of entry of this Order.

*[handwritten: ANY PENDING MOTIONS ARE TO BE TERMINATED AS MOOT]*

Dated: New York, New York
August 6, 2008
230-30

Casey & Barnett, LLC
Attorneys for Plaintiff

By: _____
Gregory G. Barnett
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Law Offices of Daniel R. Olivieri, P.C.
Attorneys for Defendant

By: _____ *(with permission)*
Daniel R. Olivieri
100 Jericho Quadrangle, Suite 233
Jericho, NY 11753
(516) 470-0704

SO ORDERED:

_____
United States ~~District~~ Judge
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** August 8, 2008                                  **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Gregory G. Barnett, Esq. | 212-286-0261 |
| Daniel R. Olivieri, Esq. | 516-931-8101 |
| | |

# TRANSCRIPTION:

[Sentence added]:   Any pending motions are to be terminated as moot.


Copy to:   Judge Barbara S. Jones